IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 SEP 29 A 9: 27

CLERK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

__Willie R. Strickland 226537__ )
Full name and prison number of )
plaintiff(s) )
)
v. )   CIVIL ACTION NO. __2:05cv931-F__
)   (To be supplied by the Clerk of the
__Dept. of Corrections V.C.F/__ )    U.S. District Court)
__Prison Health Services__ )
)
_____ )
)
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

I.   **PREVIOUS LAWSUITS**

   A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (✓)

   B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (✓)

   C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1.   Parties to this previous lawsuit:
        Plaintiff(s) _____
        _____
        Defendant(s) _____
        _____

   2.   Court (if federal court, name the district; if state court, name the county)
        _____
        _____

   3.   Docket No. _____

   4.   Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Ventress Correctional Facility P.O. Box 767 Clayton Al. 36016_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Same_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | V.C.F. Health care staff | P.O. Box 767 Clayton Al. 36016 |
| 2. | Prison Health Services inc | W. Park Drive Suite 200 Brentwood TN. 37027 |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _July 04'_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Neglect of Physical well being_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
_Been to the Health care at V.C.F. Numerous times to have my hernia fixed and was turned down. I injured myself obeying a direct order and wish to be fixed_

GROUND TWO: Refusal of Medical treatment

SUPPORTING FACTS: Have been denied surgery. They say my hernia is reducable. Something that does not heal itself cannot be reducable. They want me to wait 3yrs 6mos till I get out. I'm in pain now.

GROUND THREE: Cruel and unusual punishment

SUPPORTING FACTS: I have to walk atleast a mile everyday if I want to eat. I hurt the entire time. If the hernia goes into my testicles I could lose them and its already cutting off the circulation to my right leg.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like the hernia surgery and 75,000.00 for pain and suffering that could've been taken care of 21 months ago.

_Willie R. Strickland_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  9-27-05
         (date)

_Willie R. Strickland_
Signature of plaintiff(s)

-3-