AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_Middle_ District of _Alabama_

Willie R. Strickland
Plaintiff

v.

D.O.C./ V.C.F.
Prison Health Services
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 2:05cv 931-F

2005 SEP 29 A 9:20  RECEIVED

I, _Willie R. Strickland_, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _No_   Do you receive any payment from the institution? _No_

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions. ✓

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   
   2002 Aug./400.00 wk./ self employed

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends             ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No
   d. Disability or workers compensation payments      ☐ Yes   ☒ No
   e. Gifts or inheritances                            ☒ Yes   ☐ No
   f. Any other sources                                ☒ Yes   ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.
   
   e. family sends 100.00 $ a month for food & hygeone.
   f. was currently in the hobby craft leather shop. No longer in there

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
   NONE

I declare under penalty of perjury that the above information is true and correct.

_9-27-05_  _Willie R. Strickland 226537_
Date                                 Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

**O R**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __9-27-05__.
(date)

_Willie F. Strickland_
Signature of Affiant

**CERTIFICATE**

I hereby certify that the plaintiff herein has the sum of $ __24.92__ on account to his credit at the __Ventress__ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

__N/A__

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months [not to exceed six (6) months].

A. $_____ on the first day of _____
B. $_____ on the first day of _____
C. $_____ on the first day of _____
D. $__see__ on the first day of __attached__
E. $_____ on the first day of _____
F. $_____ on the first day of _____

__Computerized monthly balance sheet attached__

_Rose_
Authorized Officer of Institution

Date: __9/27/05__

AIS #: 226537         NAME: STRICKLAND, WILLIE P JR         AS OF: 09/01/2005

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|-------|-----------|-------------------|------------------|
| SEP | 29 | $44.40 | $125.00 |
| OCT | 31 | $14.92 | $264.00 |
| NOV | 30 | $17.78 | $200.25 |
| DEC | 31 | $24.07 | $488.00 |
| JAN | 31 | $56.49 | $605.00 |
| FEB | 28 | $12.00 | $104.00 |
| MAR | 31 | $21.09 | $290.00 |
| APR | 30 | $60.01 | $255.00 |
| MAY | 31 | $29.87 | $185.00 |
| ★ JUN | 30 | $20.49 | $40.00 ★ |
| JUL | 31 | $2.63 | $100.00 |
| AUG | 31 | $6.55 | $180.00 |
| SEP | 1 | $24.92 | $0.00 |

★ Before this I was in the Leather Craft Hobby Shop