IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIE R. STRICKLAND, #226537, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-931-F |
| | ) | |
| DEPT. OF CORRECTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration the motion to amend filed by the plaintiff on October 6, 2005 (Court Doc. No. 4), in which the plaintiff seeks to name Samuel Rayapati, M.D., as the lead defendant in this cause of action, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.  It is further

ORDERED that the caption of this case shall henceforth be styled as *Willie R. Strickland, #226537, v. Samuel Rayapati, et al.*, Civil Action No. 2:05-CV-931-F.

Done this 7th   day of October, 2005.


**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATE MAGISTRATE JUDGE