**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 11, 2005

# NOTICE OF CORRECTION

**From:**            **Clerk's Office**

**Case Style:**      **Willie R. Strickland v. Samuel Rayapati, et al.**

**Case Number:**     **#2:05-cv-00931-MEF-DRB**

**Referenced Document:**   **Document #4**
                           **Motion to Amend**

**This notice has been docketed to enter the corrected pdf into the record in the referenced case. The original pdf did not contain the first page of the motion. The corrected pdf is attached to this notice.**