In The District Court of the United States
For the middle district of Alabama
Northern Division

Willie Strickland                    *
Plaintiff Pro SE:                    *
          VS.                        *  Civil action No. 2:05-CV-931F
Defendants in their individual       *            WO
and official capacity et. al.        *
                                     *

Samuel Rayapati M.D.
Nettie Burks   HAS
Nurse Morris
Dr Floyd PRN
Warden Giles
Prison Health Service inc.
        Defendants address other than P.H.S.
        Ventress Correctional Facility
        P.O. Box 767
        Clayton Al. 36016

        Prison Health Services in.
        W. Park Drive Suite 200
        Brentwood TN. 37027

                         Respectfully submitted
                         Willie Strickland Pro SE.

In the District Court of the United States
For the middle district of Alabama
Northern Divison

Willie R. Strickland          *
Plaintiff Pro-se              *
    -vs-                      *  Civil action No. 2:05-CV-931-F
Samuel Rayapati, M.D.         *           WO
Defendants et.al.             *

## Motion to Ammend

Comes now, Plaintiff Willie R. Strickland, Pro-se, and filed this motion to ammend and/or correct caption on original complaint. Plaintiff has been advised that (he) must change the caption listed "Department of Corrections" to the actual individuals listed on this Motion which he desires to sue for violating plaintiffs rights and neglect to treat health issues as noted in original complaint. For such reason the Plaintiff asks that the Honorable court grant this motion with this proper and correct caption as lised above and to entertain the original complaint after excepting such corrections in the caption concerning the original complaint.

Done this the 4th day of October, 2005

Respectfully submitted
Willie R. Strickland

Willie Strickland
P.O. Box 767
Clayton AL. 36016

Certificate of service

This is to certify that I am the petitioner in the on capioned matter and I have this 4th day of October 2005 sent the this motion to correct caption of defendants to the clerk of this court and defendants council when applicable by placing same in the United States mail box at Ventress Correctional Facility, First Class postage prepaid and properly address this on the 4th day of Oct., 2005

Respectfully submitted
*Willie R. Strickland*
Willie R. Strickland
Plaintiff Pro-se.