IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE R. STRICKLAND, #226537, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-931-F |
| ) | |
| SAMUEL RAYAPATI, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon review of the motion to amend filed by the plaintiff on October 6, 2005 (Court Doc. No. 4) and the attachment to this motion, in which the plaintiff seeks to name those individuals responsible for his medical treatment as the proper defendants in this cause of action, and for good cause, it is

ORDERED that:

1. The motion to amend be and is hereby GRANTED to the extent that the plaintiff seeks to name Nettie Burks, nurse Morris, Dr. Floyd and warden Giles as defendants in this cause of action.

2. Nettie Burks, nurse Morris, Dr. Floyd and warden Giles be added as defendants in this cause of action.

3. Nettie Burks, nurse Morris, Dr. Floyd and warden Giles be substituted as defendants for the Dept. of Corrections and V.C. F. Healthcare Staff.

    4. This case shall henceforth proceed on the claims presented by the plaintiff against Samuel Rayapati, Nettie Burks, nurse Morris, Dr. Floyd, warden Giles and Prison Health Services, Inc.

    Done this 12th day of October, 2005.

                                                    **/s/ Delores R. Boyd**
                                                    DELORES R. BOYD
                                                    UNITED STATE MAGISTRATE JUDGE