Would like to request an extension for the initial partial payment of case — Civil action No. 2:05-CV-931-F. I have the money on my account now 10-11-05 and sent a request of money transfer this morning. Sometimes they take their time up front. Be assured its on the way but an extension of a few days may be needed.

Sincerely
Willie Strickland
Plaintiff Pro se

RECEIVED 2005 OCT 13 A 9:13