IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE R. STRICKLAND, #226537, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-931-F |
| ) | |
| DEPT. OF CORRECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the plaintiff on October 13, 2005 (Court Doc. No. 8), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the plaintiff is GRANTED an extension from October 13, 2005 to and including November 3, 2005 to file the initial partial filing fee in compliance with the order entered on September 30, 2005 (Court Doc. No. 3).

Done this 13th day of October, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATE MAGISTRATE JUDGE