# A F F I D A V I T



**STATE OF ALABAMA** )
)
_Barbour_ **COUNTY** )

    I, _Dorothy Stanford_ , hereby certify and affirm that I am a _Medical Records Clerk_ , at _Ventress Correctional Facility_ ; that I am one of the custodians of medical records at this institution; that the attached documents are true, exact, and correct photocopies of certain medical records maintained here in the institution medical file of one _Willie Strickland_ , AIS# _226537_ ; and that I am over the age of twenty-one years and am competent to testify to the aforesaid documents and matters stated therein.

    I further certify and affirm that said documents are maintained in the usual and ordinary course of business at _Ventress Correctional_ ; and that said documents (and the entries therein) were made at, or reasonably near, the time that by, or from information transmitted by, a person with knowledge of such acts, events, and transactions referred to therein are said to have occurred.

    This, I do hereby certify and affirm to on this the _14th_ day of _October_ , 2005.

_Dorothy Stanford_

**SWORN TO AND SUBSCRIBED BEFORE ME THIS THE**
_14th_ **Day of** _October_ , **2005.**

_Reba J Currie_
Notary Public
_9-8-06_
My Commission Expires

# PROBLEM LIST

Name: _Strickland, Willie_

AIS# _226537_

Date of Birth: ███████████

Medication Allergies: _NKDA_

Mental Health Code: (SMI) HARM (HIST) NONE    Date Code Assigned: _1/21/03_
(Changes in Mental Health Code should be identified on the Problem List)

| Date Identified | Chronic (Long-Term) Problems Roman Numerals for Medical/Surgical Capital Letters for Psychiatric/Behavioral | Date Resolved | Health Care Practitioner Initial |
|---|---|---|---|
| 1/23/?? | Anxiety Disorder NOS | 09-09-03 | CPM c m |
| 1/23/02 | Rlo Cocaine Abuse | | CMM MD |
| 4/30/02 | Granny h ear | | |
| 8/21/03 | Headache / Dizziness | | |
| 9/4/03 | Migrane Headache | | CCooleyCRNP |
| 9-9-03 | [HIST] | 9-9-03 | UMM |
| 7/21/00 | RTH | | TP |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

FOR PROFESSIONAL USE ONLY

**PHS**

CONFIDENTIAL RECORD

PRISON HEALTH SERVICES, INC.    NOT TO BE PHOTO COPIED

## YEARLY HEALTH EVALUATION

| I. | HISTORY – (LPN or RN) | YES | NO | COMMENT(S) |
|---|---|---|---|---|
| | Weight Change (greater 15 lbs.) | | ✓ | 188# |
| | (Compare Weight Below) | | | Last weight at least 6 months ago |
| | Persistent Cough | | ✓ | |
| | Chest Pain | | ✓ | |
| | Blood in Urine or Stool | | ✓ | |
| | Difficult Urination | | ✓ | |
| | Other Illnesses (Details) | | ✓ | |
| | Smoke, Dip or Chew | ✓ | | 1 can q 3 days |
| | ALLERGIES | | ✓ | |

Weight 192.5 Temp 99.8 Height 6'0" Pulse 83 Resp 16 Blood Pressure 112/68

**If greater than > 140/90, repeat in 1hour.**
**Refer to M.D. if remains > 140/90.**

Eye Exam: 20/20 OD 20/20 OS 20/20 OU

| II. | TESTING – (LPN or RN) | RESULTS |
|---|---|---|
| | Tuberculin Skin Test (q yr) | Date given 4-8-05 Site LFA |
| | | Read on 4-10-05 Results Ø mm |
| | Past Positive TB Skin Test → | Survey Completed N/A |
| | (Chest x-ray if clinical symptoms) | Date ——— Results ——— |
| | RPR (q 3 yrs) | Date 1-21-03 Results NR |
| | EKG (baseline at 35, over 45 q 3 yrs) | 11-12-03 |
| | Cholesterol (at 35 then q 5 yrs) | NA |
| | Tetanus/Diptheria (q 10 yrs) | Last Given 2001 Due 2011 |
| | (if done today) | Site given —— Dose —Lot # — |
| | Optometry Exam (@ 50 if not already seen) | NA |
| | Mammogram | Date NA Results — |
| | (females @ 40, q 2 yrs/other M.D. order) | |

III. PHYSICAL RESULTS – ( RN, Mid-Level, M.D.)

Class ①  2  3  4  5    Restrictions None

Heart  RRR

Lungs  clear bilateral

Breast Exam  Okay

Rectal (yearly after 45)  Results Ø  NA

   with Hemoccult  Results ———

Pelvic and PAP (q 1 yr)  Date NA  Results —

Facility Ventress Nurse Signature [signature] LPN/RN [signature] Date 4-8-05

M.D. or Mid-Level Signature _____ Date 4/12/05

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| Strickland, Willie | 226537 | ▓▓▓▓ | W/M |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



**PRISON HEALTH SERVICES, INC.**

## DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF NEXT OF KIN

**In the event of a serious injury or illness, I request the following person be notified:**

Brenda Strickland            Mother
Name                         Relationship

4165 County Road 299        (334) 749-9393
Street Address                       Phone Number

P.O. Box    Cusseta,          Al        36852
City                    State    Zip Code

Willie Strickland    226537    ▓▓▓▓▓    4-08-05
Inmate Signature         AIS#      SS#       Date

J. Juice, Lpn                        4-8-05
Witness                                Date

| INMATE NAME (LAST, FIRST, MIDDLE) | AIS# | D.O.B. | RACE/SEX | FACILITY |
|---|---|---|---|---|
| Strickland, Willie | 226537 | ▓▓ | w/m | VCF |

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Strickland Willie_

LAST          FIRST          MI

A-15

DATE OF BIRTH ███████████          SS# _226537_

**Housing Recommendations:**

General Population_____ *Truss - 6 month*

Medical Observation Unit_____

Lower Level/Lower Bunk_____

Suicide Precautions_____ *RTC - 6 mo f/u*

Special Watch (15 Minute Checks)_____ *F/u.*

Isolation_____ *8-28-05*

Initiate Universal Precautions_____

**Individual found to be:**

Frail/Elderly_____

Physically Handicapped_____

Developmentally Disabled_____

Drug/Alcohol Withdrawal_____

Special Mental Health Needs_____

Expressed Suicidal Ideation_____

History of Seizures_____

Other_____

Specify_____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Nurse _Ellis R.N_          Date _2/23/05_

GLF 1005          Original/Classification          Second Copy/Booking Staff          Third Copy/Medical Unit

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Strickland Willie_ _____ MI ____

**LAST** , **FIRST** **MI**

DATE OF BIRTH ███████████ SS# _____

**Housing Recommendations:**

General Population_____ *To HCU on Mon.*

Medical Observation Unit_____ *6/14 @ 9 Am for*

Lower Level/Lower Bunk_____ *Apt with MD.*

Suicide Precautions_____

Special Watch (15 Minute Checks)_____

Isolation_____

Initiate Universal Precautions_____

**Individual found to be:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Frail/Elderly_____

Physically Handicapped_____

Developmentally Disabled_____

Drug/Alcohol Withdrawal_____

Special Mental Health Needs_____

Expressed Suicidal Ideation_____

History of Seizures_____

Other_____

Specify_____

Nurse _[signature]_ _RN_    Date _6/10/04_

_Willie Strickland_

GLF 1005    Original/Classification    Second Copy/Booking Staff    Third Copy/Medical Unit



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF NEXT OF KIN

**In the event of a serious injury or illness, I request the following person be notified:**

Brenda Strickland                      Mother
Name                                   Relationship

4165 CTy Rd. 299                       334 - 749-9393
Street Address                         Phone Number

Cusseta                    Al.          36852
City                       State        Zip Code

Willie Strickland          226537                    3/23/04
Inmate Signature           Doc#        S.S #         Date

MBonefield                              3-23-04
Witness                                 Date

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Strickland, Willie | 226537 | | WM | VCF |

PHS-MD-70003

(White – Medical Record, Yellow – Active File, Pink – Control Center)

3-79 T

Strickland, Willie    226531

| | | Temp | P | | Pulse | Resp |
|---|---|---|---|---|---|---|
| | | 98.8 | 110 | 60 | 68 | 20 |

Do you now or have you ever had, or been treated for:

| Problems | Y | N | Problems | Y | N | APPRAISAL | | N | Abn/Comment |
|---|---|---|---|---|---|---|---|---|---|
| Head Trauma | | ✓ | Kidney Stones/Disease | | ✓ | Screening Observation | | ☐ | Check items below & initial |
| Loss of Consciousness | | ✓ | Bladder/Kidney Infection | | ✓ | General | Movement, Deformity, Pain, Bleeding | ☒ BL | C/O Stiff neck @ X's |
| Severe Headaches | | ✓ | Alcoholism | | ✓ | | Habitus, Hygiene | | |
| Vertigo/Dizziness | | ✓ | Drug Abuse | ✓ | | Neuro | Mental Status, Intox Withdrawal, Tremors | ☒ BL | |
| Vision Problems | ✓ | | Tobacco Use | ✓ | | | Neuro-deficits | BL | |
| Hearing Problems | ✓ | | Psychiatric Hx | | ✓ | Skin | Injury, Bruises, Trauma Jaundice | | Holes through both nipples |
| Dental Prob./Dentures | ✓ | | Suicidal | | ✓ | | Diaphoretic, Rash Lesions, Infestations Needle Marks | ☐ BL | |
| Seizures | | ✓ | Communicable/Contagious | | | | Color, Turgor | | |
| Strokes | | ✓ | Tuberculosis | | ✓ | Head | Normocephalic Atraumatic | ☒ BL | |
| Nervous Disorders | | ✓ | HIV/ AIDS | | ✓ | | Hair, Scalp | | |
| DT's | | ✓ | Hepatitis- Type | | ✓ | Eyes | Glasses/ Vision Pupils Sclera, Conjunctiva | ☒ BL | |
| Heart Condition | | ✓ | Gonorrhea | | ✓ | | | | |
| Angina/Heart Attack | | ✓ | Syphilis | | ✓ | Ears | Appearance TM & Brown Canals, (TM) Hearing | ☒ BL | C/O decreased hearing ear |
| High B.P. | | ✓ | Lice; Crabs; Scabies | | ✓ | Nose | Epistaxis, Sinuses | ☒ BL | |
| Anemia/Blood | | ✓ | OB/ GYN | | | Throat | Teeth, Gums, Dentures Mouth, Tongue, Tonsils Airway | ☐ BL | Decayed teeth white patch (R) inner cheek |
| Lung Condition | ✓ | | LMR Date: | | | | | | |
| Asthma | | ✓ | Duration: | | | Neck | C Spine, Mobility Veins, Carotids Thyroid, Lymph Nodes | ☒ BL | |
| Bronchitis | | ✓ | LMP Normal: | | | | | | |
| Emphysema | | ✓ | Regularity: | Y | N | Chest | Config. Ausc./ Resp. Cough/ Sputum | ☐ BL | Holes through both nipples |
| Pneumonia | | ✓ | Gravida/Para: | | | (Breasts) | Masses | | |
| Diabetes | | ✓ | AB/Miscarriage: | | | Heart | Ausc. Rate, Rhythm Murmurs, Ectopy | ☒ BL | |
| Hay Fever/ Allergies | | ✓ | Contraception: | Y | N | Abdomen | Bowel Sounds Palp, G/R/T, Hernia | ☒ BL | |
| Gastritis | | ✓ | Describe: | | | GU | Flank Tenderness Bladder Tenderness /Distention | ☒ BL | |
| Ulcers | | ✓ | LAB Tests- Dates | N | Ab | | | | |
| Bleeding | | ✓ | RPR 1-21-03 | | | Back | ROM, Spasm, Injury | ☒ | |
| Gall Bladder/Pancreas | | ✓ | PPD- Date given: 3-23-04 | | | Extrem | Edema, Pulse Cyanosis- ROM, Injury | ☒ | |
| Liver Problems | | ✓ | RFA/LFA RFA | | | Genitals | Injuries/ Lesions | ☒ Denied-not reviewed | |
| Arthritis | ✓ | | Date read: 3-25-04 | | | Pelvic/ Pap | Deferred ☐ | | |
| Joint Muscle Problem | | ✓ | Results in mm: ∅ | | | Rectal/ Gulac | Deferred ☒ | | |
| Back/Neck Problem | ✓ | | Deferred/(Follow-up:) Dental | | | | ① | | |

Comments:

Placement: (✓) General Population ( ) Emergency Dept. ( ) Isolation ( ) Medical Observation ( ) Other: _____
Referral: ( ) Medical (✓) Dental ( ) Mental Health ( ) Other _____ When: ( ) Immediately ( ) Next Sick Call _____

| M Brexfield L 3/23/04 1045 | C Crosley Ch 3/31/04 |
|---|---|
| Screener's Signature    Date/Time | Evaluator's Signature/Title    Date/Time |

B. Little RN 3-23-04

FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTO COPIED

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Strickland          Willie_

                         LAST                 FIRST          MI

DATE OF BIRTH ████ ████ - ████    SS# _226537_

**Housing Recommendations:**

General Population _____     *① No heavy lifting*

Medical Observation Unit _____     *greater than 15 lbs*

Lower Level/Lower Bunk _____     *from 8-25-05 till*

Suicide Precautions _____     *2-25-06*

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

**Individual found to be:**

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____    _Willie Strickland_

Nurse _____    Date _8-25-05_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

GLF 1005      Original/Classification      Second Copy/Booking Staff      Third Copy/Medical Unit

# IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** Strickland, Willie
LAST          FIRST         MI

**DATE OF BIRTH** ▊▊▊▊▊▊     SS# 226537

**Housing Recommendations:**

General Population _____    BB X 6 mos.

Medical Observation Unit _____   (7·21·05 →

Lower Level/Lower Bunk X _____   1·21·06)

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

**Individual found to be:**

\* Hernia truss
X 6 mos.
(7-21-05 →
1-21-06)

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Nurse _____    Date 7·21·05

Willie Strickland

GLF 1005      Original/Classification      Second Copy/Booking Staff      Third Copy/Medical Unit

# IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Strickland Willie # 226537_

LAST       FIRST       MI

DATE OF BIRTH _▓▓▓▓▓▓▓▓▓_    SS# _▓▓▓▓▓▓▓▓▓▓▓_

**Housing Recommendations:**

General Population _X_

Medical Observation Unit _____

Lower Level/Lower Bunk _X_

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

**Individual found to be:** _BBP 7/18/05 – 7/21/05_

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _X_ _Risk for injury_

Specify _____

Nurse _Williams (S)_     Date _7-18-05_

_Willie Strickland 226537_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

GLF 1005     Original/Classification     Second Copy/Booking Staff     Third Copy/Medical Unit



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, _Willie Strickland_                                    _2-2-05_
      (Print Name)                                        (Doc#)

acknowledge receipt of the following medical equipment or appliance:

( )  Splint
( )  Eyeglasses
( )  Dentures
( )  Prothesis        describe _____
( )  Wheelchair
( )  Cane
( )  Crutches
(X)  Other            describe _Inguinal Hernia Aid_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.

X _Willie Strickland_                    X _3-2-05_
      (Inmate)                                (Date)

_MBenefield jr_                           _3-2-05_
      (Witness)                               (Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|
| Strickland, Willie | 226537 | ▓▓▓▓ | w/m | VCF |

PHS-MD-70005                    (White – Medical File, Yellow – Security Property Officer)

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) *Strickland Willie – 226537*

LAST          FIRST          MI

DATE OF BIRTH ▇▇▇▇▇▇▇▇          SS# _____

**Housing Recommendations:**

General Population_____

Medical Observation Unit_____

Lower Level/Lower Bunk_____

Suicide Precautions_____

Special Watch (15 Minute Checks)_____

Isolation_____

Initiate Universal Precautions_____

*Report to HCU @ 8 AM on Feb. 20th for apt with MD.*

**Individual found to be:**

Frail/Elderly_____

Physically Handicapped_____

Developmentally Disabled_____

Drug/Alcohol Withdrawal_____

Special Mental Health Needs_____

Expressed Suicidal Ideation_____

History of Seizures_____

Other_____

Specify_____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Nurse _____  Date 2-10-05

*Willie Strickland 226537*

# IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT)  *Strickland, Willie*

                LAST            FIRST          MI

DATE OF BIRTH _____████████_____     SS#  *226537*

**Housing Recommendations:**

General Population _____

Medical Observation Unit _____

Lower Level/Lower Bunk _____

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

*Bottom Bunk*
*Profile X*
*6 days*
*11-24-04 —*
*11-30-04*

**Individual found to be:**

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

*Willie Strickland*

Specify _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Nurse _____     Date  *11-24-04*

Original/Classification      Second Copy/Booking Staff      Third Copy/Medical Unit

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Warden Giles

I am writing this letter because I am concerned about the medical condition of my son, Willie Strickland. He has a hernia and has been hurting for approx. 2 months. He has been to the Doctor 3 times. All the Doctor has done is to give him a Truss which is not helping. He has been to HCU 6 times. A hernia does not go away by itself. He is in pain and we want to know what steps we need to take to get him the proper medical treatment he needs which will more than likely be surgery. I have tried numerous times to reach you by phone regarding this matter but for one reason or another haven't been able to talk to you. This is a serious matter that needs your immediate attention. You can contact me at 334-749-9393 or 4165 Co. Rd. 299 Cusseta, Al. 36852. I would appreciate a quick response from you regarding this matter.

Sincerely, Brenda Strickland

To: Warden Giles
From: N. Burks
Date: 6/8/04
Ref: Strickland, Willie

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Inmate Strickland, Willie 226537 turned in a sick call request dated 5/5/04, complaining of "severe abdominal pain on right side". Was seen at sick call on 5/6/04 and referred to M.D. Appointment given for 5/7/04. Dr Rayapati's assessment, wants bottom bunk, abdominal non-tender. Bottom bunk profile denied.

On 5/14/04, Strickland put in another sick call request, complaining of "pain in right of stomach beside groin area". He was seen at sick call on 5/14. Appointment given to see M.D on 5/17/04. Dr Rayapati's assessment, reducible non tenderness over pubic area no redness or swelling.
questionable prodroma hernia. Malingering for bottom bunk. Truss ordered.

On 6/3/04, I spoke to inmate per his request in reference to above complaints. I gave Strickland another appointment to see M.D. for further evaluation on 6/3/04. He was Diagnosed with right inguinal hernia, given a lay in profile.

I will speak with Dr Raypati this week in reference to referring Strickland to Dr Whyte for a surgical evaluation.


N. Burks, RN, H.S.A.

# IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** _Strickland, Willie_

                               LAST                FIRST          MI

**DATE OF BIRTH** _[redacted]_         SS# _____

## Housing Recommendations:

General Population _✓_

Medical Observation Unit _____

Lower Level/Lower Bunk _____

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

*Lay in Profile X6 months)*

*6/3/04 – 12/3/04*

## Individual found to be:

Frail/Elderly _✓_

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Nurse _J. Angela Lg_      Date _6/3/04_

✝ Willie Strickland 220037

GLF 1005      Original/Classification      Second Copy/Booking Staff      Third Copy/Medical Unit

# IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** _Strickland Willie_

LAST _____ FIRST _____ MI

**DATE OF BIRTH** ▓▓▓▓▓▓▓▓ SS# _____

**Housing Recommendations:**

General Population_____

Medical Observation Unit_____

Lower Level/Lower Bunk_____

Suicide Precautions_____

Special Watch (15 Minute Checks)_____

Isolation_____

Initiate Universal Precautions_____

*To MCU @ 8:30 on 6/3 for MD apt.*

*N. Burks, RN*

**Individual found to be:**

Frail/Elderly_____

Physically Handicapped_____

Developmentally Disabled_____

Drug/Alcohol Withdrawal_____

Special Mental Health Needs_____

Expressed Suicidal Ideation_____

History of Seizures_____

Other_____

Specify_____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Nurse _N. Burks, RN_        Date _6/2/04_

_Willie Strickland_

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Strickland , William_

LAST                    FIRST                    MI

DATE OF BITH _____     SS# _____

AIS# 226537

**Housing Recommendations:**

General Population ✓

Medical Observation Unit _____

Lower Level/Lower Bunk _____

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

Dress for RIH X6 (six) months 5/17/04 — 11/17/04

**Individual found to be:**

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTO COPIED

Nurse _G. Johnson LPN_     Date _5/17/04_

_William Strickland_ 226537

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Strickland, Willie_
LAST                              FIRST                     MI

DATE OF BIRTH ▓▓▓▓▓▓▓▓▓        SS# ▓▓▓▓▓▓▓▓▓▓▓▓

AIS# 226537

Housing Recommendations:

General Population _____            Return to HCU when Rt
Medical Observation Unit _____       groin area starts to swell
Lower Level/Lower Bunk _____         so nurses can observe
Suicide Precautions _____            and make notation in
Special Watch (15 Minute Checks) _____   chart.
Isolation _____
Initiate Universal Precautions _____

Individual found to be:

Frail/Elderly _____
Physically Handicapped _____
Developmentally Disabled _____
Drug/Alcohol Withdrawal _____
Special Mental Health Needs _____
Expressed Suicidal Ideation _____
History of Seizures _____
Other _____
Specify _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Nurse _JJohnson RN_          Date _5/17/04_

_Willie Strickland 226537_



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 5 /10 /04 | TIME 9:30 AM/PM | ORIGINATING FACILITY _Ventress_ □ SIR □ PDL □ ESCAPEE □ | □ SICK CALL □ EMERGENCY ☑ OUTPATIENT |
|---|---|---|---|

ALLERGIES _VKDA_     wt 190#

CONDITION ON ADMISSION
□ GOOD □ FAIR □ POOR □ SHOCK □ HEMORRHAGE □ COMA

VITAL SIGNS: TEMP _99.6_   ORAL/RECTAL   RESP _18_   PULSE _80_   B/P _112/82_   RECHECK IF SYSTOLIC <100> 50 ___/___

**NATURE OF INJURY OR ILLNESS**

S- I've been hurting right
between my legs I saw
the doctor but he said
he didn't find anything but
it hurts

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE z z | LACERATION / ___ SUTURES |

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O- WM alert & oriented x3.
Skin warm dry. Pt tender
to pain upon palpation
of R groin. No redness
of edema noted.

A- Alteration in comfort

P- Motrin 600mg PO TID x 3 days

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**DIAGNOSIS**

INSTRUCTIONS TO PATIENT  _to seek call of pain increases or if condition_
_worsens._

| DISCHARGE DATE 5/10/04 | TIME 9:37 AM/PM | RELEASE / TRANSFERRED TO □ DOC ☑ AMBULANCE □ | CONDITION ON DISCHARGE ☑ SATISFACTORY □ POOR □ FAIR □ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE _Cunningham RN_ | DATE 5/10/04 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Strickland, Willie | DOC# 226537 | DOB | R/S wm | FAC VCF |
|---|---|---|---|---|



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Willie Stickly_

Date of Birth: ███████████     Social Security No: _A15# 2265375_

Date: _12-31-03_     Time: _8:37_     A.M. (P.M.)

This is to certify that I, _Willie Strickland_, currently in
(Print Inmate's Name)

custody at the _UCF_, am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _Sick Call on 12-31-03_
(Specify in Detail)

_____

_____

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State Prison Health, all correctional personnel, Prison Health Services, Inc and all medical personnel from all responsibility and any ill effects which may result from this action/refusal and I personally assume all responsibility for my welfare

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

_____     _____
(Signature of Inmate)**     (Signature of Medical Person)

_____     _____
(Witness)     (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member

60115 (5/85)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME:

DIAGNOSIS (If Chg'd)

D.O.B    /    /
ALLERGIES:

Use Last    Date    /    /

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME:

DIAGNOSIS (If Chg'd)

D.O.B.    /    /
ALLERGIES:

Use Fourth    Date    /    /

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME:

DIAGNOSIS (If Chg'd)

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

D.O.B    /    /
ALLERGIES:

Use Third    Date    /    /

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Strickland Willie
226537

D.O.B:

ALLERGIES: NKA

Use Second    Date 8/25/05

DIAGNOSIS (If Chg'd)

L R Abd hernia
Motrin 200 mg II po B ID X 1 month PRN
No heavy lifting > 15 # X 6 month

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: STRICKLAND, WILLIE
#226537

D.O.B:

ALLERGIES: NKA

Use First    Date 7/21/05

DIAGNOSIS

BB Profile X 6 month
Con't wearing hernia dress
X 6 month
R+C PRN

☐ GENERIC SUBSTITUTION IS NOT PERMITTED



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

PHYSICIANS' ORDERS

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

---

NAME: Strickland Willie
#226537

7/18/05

D.O.B.
ALLERGIES: NKOA

Use Last     Date 7/18/05

DIAGNOSIS (If Chg'd)
BBX 4 days

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Strickland, Willie
#226537

D.O.B.
ALLERGIES: NKDA

Use Fourth     Date  /  /

DIAGNOSIS (If Chg'd)
Truss —     6 mo

RTC   6 mo   for FU

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Strickland, Willie
#226537

D.O.B.
ALLERGIES: NKDA

Use Third     Date 6/10/04

DIAGNOSIS (If Chg'd)
Surgery Consult for RIH

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Strickland, Willie
#226537

D.O.B.
ALLERGIES: NKDA

Use Second     Date 6/3/04

DIAGNOSIS (If Chg'd)
lay in profile     6 mo

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Strickland, Willie
#226537

D.O.B.
ALLERGIES: NKDA

Date 5/17/04

DIAGNOSIS
Truss —     RIH. X6mths

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

MEDICAL RECORDS COPY

| Date/Time | Inmate's Name: Strickland Wellie    D.O.B.: / / |
|---|---|
| 8-25-05 810 | wt 190, T 98⁸, R 18, P 68, O₂ Sat 98%, B/p 129/70 |
| | ℅ hernia lower groin (right side) painful |
| | S) WM for c/o ∞ Abd × 18 months    smoker |
| | O) NAD USS A40×3  Ambulates ē Difficulty    NVASA |
| | ABD soft flat  Hernia reducible ē truss |
| | on As directed. denies S/s in BM |
| | ⊕ BS × 4  ⊘ Swelling ⊘ masses noted |
| A | R L ABD hernia easily reducible ⊘ n/a |
| P/ | cont × wear truss |
| | ⊘ heavy lifty > 15# × 6 mo+ |
| | ↑ Fluids  Safety ē work/play |
| | RTC PRN  Motrin 200mg Ti po B id × 1 mo + PRN |
| | Hayl Crup |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: |
|-----------|----------------|
| | Strickland, Willie 226537  D.O.B.: ▓▓▓▓ |

2-22-05/1037  Wt. 193# BP 110/70  P 76  R 18  T 99.2 ~ c/o hernia,
pre-existing problem——————  *F Castle NP*

(O) RIH — very small
reducible — early    FOR PROFESSIONAL USE ONLY
M — Exaggerating    CONFIDENTIAL RECORD
NT    NOT TO BE PHOTO COPIED

A  RIH —    pt is wearing some
Reducible    device — ? scrotal
(P)  may use Truss——    support
(E)  do not strain — unduly    ————

7-21-05/1115  190# - 99.8 - 110/58 - 80 - 18 - reg. bottom bunk
profile ——————  *B Castle NP*
3) WM fr c/o as above ō HH of (R) inguinal hernia
x 2 yrs dense ↑ in size ōpain unpell
NAD US) NAD k3    swells
ABD soft NT (R) Lower ABD    NKDA
⊕ Swelling ·BS 4x4 hernia
very small non detectable wearing hernia
A  (R) inguinal hernia    Drss Srdz
P)  con't hernia truss & comart
R  BB Profile & comart
Report any ↑ size a N/V/D a pain asso
R+c PRN    *H Cal CRNP*

| Date/Time | Inmate's Name: | Strickland, Willie 226531 | D.O.B.: |
|---|---|---|---|

6/3/04  Wt 190  B/p 128/66 P 74  R 16  T 98

(S) Hernia

(O)  Has Small R IH —
       Reducible — NT —
       Has BBB/Trus —
       Abd Soft NT
       No palpable Mass
       NL BS —
       Other Exam NL.

(A)  R I H - Small

(P)  Lay in profile —

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

6-14-04/1855  Wt 193  B/p 100/74 P 70  R 18  T 99.2 — C/o hernia
                                                    C. Hunter, LPN

       (S) Hernia CRIH—Small—reducible

(S)  diagnosed 5/17/04

(O)  an standing a small R I H — palpable that disappears
     an Supine position — NT — benign — dx diagnosed
     a month ago — Hernia Site — seems normal size —
            No significant dilation of (R) inguinal Ring
     The rest of the exam was remarkable —
     The letters from the IM, to HSA, and warden noted

(A)  Small R I H

(P)  an profile —                    Truss not at provided - 2° shortage
     the IM wants surgery —          If supply will soon will
     Will write a surgery consult for approval provide —



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Strickland, Willie #226537    D.O.B.: ▓▓▓ |
|---|---|

5-7-04/1030  Wt 189.5  B/p 100/60  P 61  R 16  T 98.6 - % ℗ abd. pain
x 1 week ——————— C. Hunter, LPN

Wants BBB

℗ Abd NT Soft BS-NL .

(A) Normal Exam
℗ denied BBB

> FOR PROFESSIONAL USE ONLY
> CONFIDENTIAL RECORD
> NOT TO BE PHOTO COPIED

5/17/04  Pain Rt groin area
1035  Wt 191 lbs  P-76  R-18  T 98.8  Pulse ox 98%  BP 122/60
S
O
Some Swelling Comes at 6 pm. in RT-area.
Now Some Reproducible tenderness over
pubic pain, with out any Erythema and
Swelling  No Swelling now.
Other Exam - NL  Cough Reflex ⊗
Hernial sites NL.

(A) — ? prodromal RIH
? mild musculo skeletal pain
Malingering for BBB

℗ Come and show when Swelling Low



**PRISON HEALTH SERVICES, INC.** FOR PROFESSIONAL USE ONLY
**SICK CALL REQUEST** CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Print Name: _Willie R. Strickland_     Date of Request: _8-23-05_
ID # _226537_     Date of Birth: [redacted]     Location: _10-B 37B_
Nature of problem or request: _Pre-existing hernia - Injured myself obeying a_
_direct order from DOC. Im in a great deal of pain - This is my last_
_attempt to get the surgery before I pursue legal action._
_Ive been hurting about 20 mos. To wit 42USC 1983._
_____ _Willie Strickland 226537_
                                        Signature

### DO NOT WRITE BELOW THIS LINE

Date: _8/24/05_                                                          (IB)
Time: _2:15_ AM / PM                                                    8/25/05
Allergies: _NKDA_

```
┌─────────────────────────────┐
│        RECEIVED             │
│  Date: 8/24/05              │
│  Time: 11.45                │
│  Receiving Nurse Intials DS │
└─────────────────────────────┘
```

O2 Sat = 98%

**(S)ubjective:** _I'm still hurting. They gave me a hospice_
_brace, I just want to get the surgery over with._
_I still have 3½ yrs. to do._

| **(O)bjective (V/S):** T: $98^8$ | P: 59 | R: | BP: 112/74 | WT: 187 |

_w/m amb to HC UC steady gait - A/O x Y C/O pain 8-9/10_
_from hernia. States when he 1st got truss it helped_
_but it doesn't help any more._

**(A)ssessment:**

_Alt. in Comfort._                    (note: Pre-existing - $3.00_
                                              _fee)_

**(P)lan:** _Appt. with Ms. Floyd, CRNP 8/25/05 - 8:00A_

Refer to:  ~~MD/PA~~ CRNP  Mental Health  Dental  Daily Treatment  (Return to Clinic PRN)
                              CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )   No ( )
         Was MD/PA on call notified:   Yes ( )   No ( )

_Willie Strickland_          _William RN_
                        SIGNATURE AND TITLE



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Print Name: _Willie Strickland_    Date of Request: _7-17-05_
ID # _226532_    Date of Birth: ▮▮▮▮▮ Location: _9-B 50T_
Nature of problem or request: _Renew bottom rack profile_
_for preexisting condition "Hernia"_

_Willie Strickland_
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: _7 / 18 / 05_
Time: _1230_ AM **PM**
Allergies: _NKDA_

┌─────────────────────────────────┐
│            RECEIVED             │
│ Date: _7-18-05_                 │
│ Time: _1230_                    │
│ Receiving Nurse Intials _DS_    │
└─────────────────────────────────┘

**(S)ubjective:** _I need a bottom bunk profile because when I raise my leg my hernia pops out. They moved me to a top bunk on Sat. and I have a problem getting up and down._

**(O)bjective** (VIS): T: _99.8_  P: _80_  R: _18_  BP: _183/10_  WT: _#196_
PAIN _6/10_
_w/m amb. to HCU c steady gait - A/0 x 4-_

**(A)ssessment:** _Potential for/Risk for injury._

**(P)lan:** ① _Refer to HCU 7/21/05 - appt. with Ms. Floyd, CRNP_
_(8:00Am)_ ② _BBP x 4 days._

Refer to:   ( MD/PA   Mental Health   Dental   Daily Treatment )   ( Return to Clinic PRN )
CIRCLE ONE
Check One:  ROUTINE ( X )   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_Willie Strickland_        _S. Williams, RN_
                          SIGNATURE AND TITLE



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 04-08-05 0930 | Annual physical completed. TB skin test given s̄ difficulty. Tolerated procedure well. — J. Auice, LP |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|
| Strickland, Willie | 22653 | ▓▓▓ | W/m | VCF |

PHS-MD-70049          **Complete Both Sides Before Using Another Sheet**



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

FOR PROFESSIONAL USE ONLY
PRISON HEALTH SERVICES CONFIDENTIAL RECORD
SICK CALL REQUEST NOT TO BE PHOTO COPIED

Print Name: _Willie Strickland_     Date of Request: _5-14-04_
ID # _226537_     Date of Birth: ▓▓▓▓     Location: _3-Dorm_
Nature of problem or request: _Pain in right of stomach beside_
_Groin area_

_Willie St_____
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: _5/14/04_
Time: _1945_ AM PM
Allergies: _NKA_

| RECEIVED |
| --- |
| Date: _5-14-04_ |
| Time: _12.30_ |
| Receiving Nurse Intials _DS_ |

**(S)ubjective:** "_I need some then done about_
_my right side and abd paen_"

**(O)bjective** (V/S): T: _98.8_  P: _78_  R: _22_  BP: _11/80_  WT: _190_
_right side abd pain and pain in groin area_
_at times, no swelling or redness noted_

**(A)ssessment:**
_Comfort level alt_

**(P)lan:** _See Dr Ragapati_
_5-17-04 @ 10am_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE (X)      EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_____
SIGNATURE AND TITLE

WHITE:     INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: _Willie Strickland_    Date of Request: _5-5-04_
ID # _226537_    Date of Birth: ▮▮▮▮    Location: _3-Dorm 79-T_
Nature of problem or request: _Severe abdominal pain on_
_right side_

~~FOR PROFESSIONAL USE ONLY~~
~~CONFIDENTIAL RECORD~~    _Willie St___ 226537_
~~NOT TO BE PHOTO COPIED~~    *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _5/6/04_
Time: _8.00_  AM (PM)
Allergies: _NKA_ .

RECEIVED
Date: _5-6-04_
Time: _12.30_
Receiving Nurse Intials _DS_

**(S)ubjective:** _Started hurting about a week ago_
_but it keep getting worse._

**(O)bjective**  (V/S): T: _99⁴_   P: _80_   R: _20_   BP: _110/70_   WT: _190_

_no extreme pain when pressure applied,_
_bloated, tenderness, resolvens bowel sounds_
**(A)ssessment:** _temp. Alt Comfort_

**(P)lan:** _Refer to Dr. Rappot Friday am_
_8.00am. 5-7-04_

Refer to: ( MD/PA )  Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )      EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )     No ( )
Was MD/PA on call notified:  Yes ( )     No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Willie Strickland_     Date of Request: _4-1-04_

ID # _____     Date of Birth: ▮▮▮▮     Location: _3 dorm_

Nature of problem or request: _Flu. Sore throat fever knees_
_Ankles_

---

FOR PROFESSIONAL USE ONLY     _Willie Strickland 226537_

CONFIDENTIAL RECORD          *Signature*

NOT TO BE PHOTOCOPIED BELOW THIS LINE

---

Date: _4-2-04_

Time: _6:55_ AM PM

Allergies: _NKDA_

> RECEIVED
> Date: 4-2-04
> Time: 1:00
> Receiving Nurse Intials ___

**(S)ubjective:** I have chills, my body is aching, running nose, sore throat

**(O)bjective:** Wt 190# T 99.6 P 72 R 18 B/P 122/76
WM alert et oriented x3. Skin warm, dry. Nasal congestion noted. Reports cough. C/o general body aches

**(A)ssessment:** alteration in comfort

**(P)lan:** DTM i PO BID        x 5 days    et Instructed to increase
Sudafed 30mg ii PO BID                   H2O intake
Humabid 600mg PO BID
Tylenol 500mg ii PO BID

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment    Return to Clinic PRN

CIRCLE ONE

Check One:  ROUTINE ( )    EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )   No ( )

Was MD/PA on call notified:   Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

NAPHCARE
NURSE'S NOTES

| DATE | TIME | |
|------|------|---|
| 1-29-03 | 1600 | Inmate rec'd, intake complete; instr to RTC to NCU on 1/30 @ 0600 for NHU appt. *(signature)* |
| 3/23/04 | 1045 | P̄ annual Physical done – PB Shot given ———— MBrequirdf |
| 3/23/04 | 1130 | White patch noted to ℞ inner cheek. Stated history of chewing tobacco. Placed name on dental referral list. B- Litke Rpn |
| 2/24/05 | | Inmate submitted a request c/o hernia. Was seen by MD on 2/22. Spoke c̄ MD on 2/24 in ref. to inmate complaint + request for referral. ——— N Burks, rn |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| NAME- LAST | FIRST | MIDDLE | AIS# |
|------------|-------|--------|------|
| Strickland, Willie | | | 226537 |

NC-006          NURSES NOTES

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Motrin 200 mg 4
PO BID × 30d    3an
3pn

msf lagd CRNP/m  8-25-05 — 9-25-05

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR

Physician                                THROUGH

Alt. Physician                           Telephone No.

                                         Alt. Telephone        Medical Record No.
Allergies                                                      226530

                                         Rehabilitative
Diagnosis    Strickland   Wellie         Potential

Medicaid Number    Medicare Number    Complete Entries Checked
                                       By:

PATIENT    Strickland Wellie            Title:                 Date:
                                        PATIENT CODE   ROOM NO   BED   FACILITY COL
                                        226530

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |

Motrin 600 mg PO TID x 3 days    9A
5-10-04    —    5-13-04    9P
Dr Rayapati / Alichjan R    3P

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR    THROUGH

| Physician | Rayapati | | Telephone No. | Medical Record No |
| Alt. Physician | May 2004 | Alt. Telephone | |
| Allergies | NKDA | Rehabilitative Potential | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked By | Allichjan R | Title: | Date: 5-10-04 |

PATIENT    Strickland, Willie

| PATIENT CODE 226537 | ROOM NO | BED | FACILITY CO VCF |

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |

CTM = PO BID x 5 days
4-2-04 — 4-7-04          3A
                        3P

Dr Rayapati / Allenham R

Sudafed 30mg PO BID x 5d
4-2-04 — 4-7-04          3A
                        3P

Dr Rayapati / Allenham R

Humabid 600mg PO BID x 5d
4-2-04 — 4-7-04          3A
                        3P

**FOR PROFESSIONAL USE ONLY**
**CONFIDENTIAL RECORD**
**NOT TO BE PHOTO COPIED**

Dr Rayapati / Allenham R

Tylenol 500mg ii PO BID x 5d
4-2-04 — 4-7-04          3A
                        3P

Dr Rayapati / Allenham R

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | THROUGH | | |
|---|---|---|---|
| Physician Rayapati | April 2004 | Telephone No. | Medical Record No |
| Alt. Physician | | Alt. Telephone | |
| Allergies NKDA | | Rehabilitative Potential | |
| Diagnosis | | | |

| Medicaid Number | Medicare Number | Complete Entries Checked By: Allenham R | Title: R | Date: 4-2-04 |
|---|---|---|---|---|

PATIENT ~~Terry, Andre~~ Strickland, Willie

| PATIENT CODE | ROOM NO. | BED | FACILITY CO |
|---|---|---|---|
| 907996 | 226537 | | UCF |

RECEIVED FEB 28 2005

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM
### Form must be Complete and Legible. You must Type or Print
*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

**PHS**

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First) | Date: (mm/dd/yy) |
|---|---|---|
| VENTRESS-0845 | Strewland Willie | 2-25-05 |

| Site Phone #: | Alias: (Last, First) | Date of Birth: (mm/dd/yy) |
|---|---|---|
| 334-7758178 | | |

| Site Fax #: | Inmate #: | PHS Custody Date: (mm/dd/yy) |
|---|---|---|
| 334-775-8178 | 226537 | |

| Will there be a charge? | Sex | SS Number | Potential Release Date: (mm/dd/yy) |
|---|---|---|---|
| ☐ Yes ☐ No | ☐ Male ☐ Female | | |

Responsible party: ☐ PHS  ☐ Auto Ins.
☐ Health Ins (Excludes Medicare/Medicaid Managed Care alternative plans )
☐ Other, be specific (Excludes Medicare and Medicaid):

## CLINICAL DATA

Requesting Provider: ☑ Physician  ☐ NP, PA  ☐ Dental

Dr Rayapati

Facility Medical Director Signature and Date:

Samuel Rayapati MD

☐ Service meets criteria for 'approval per protocol'

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields**

☑ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)
☑ Routine  ☐ Urgent

Estimated Date of Service (mm/dd/yy): ___/___/___
**(This starts the approval window for the "open authorization period")**

Multiple Visits/Treatments:  ☐ Radiation therapy  ☐ Chemotherapy
Number of Visits/Treatments: _____  ☐ Other:

Specialist referred to:

Type of Consultation, Treatment, Procedure or Surgery:

Dr White

History of Illness/Injury/symptoms with Date of Onset:

Small RIH — with No significant SLE easily Reducible

Results of a complaint directed physical examination:

P/U- Examination Reveals no significant Changes from the Past

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Previous treatment and response (including medication):

Now Prescribed TRUSS-

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Alternative Treatment Plan (explain here):  ☐ Offsite Service Recommended and Authorized

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

If reducible → Tru

Date resubmitted:

**Regional Medical Director Signature, printed name and date (required):**

Will Mosler, MD

3(.)-

Do not write below this line. For Case Management and Corporate Data Entry ONLY.

| Cert Type: | Mod Class: | UR Auth #: |
|---|---|---|

UM Referral review form 2-05-2004

Fax 2-28-05

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or Print
*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

**PHS**

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** VENTRESS-0845 | **Patient Name: (Last, First,)** Strickland Willie | **Date: (mm/dd/yy)** 2-125-05 |
| **Site Phone #** 334-7758178 | **Alias: (Last, First,)** | **Date of Birth: (mm/dd/yy)** ▓▓▓▓▓ |
| **Site Fax #** 334-775-8178 | **Inmate #** 226537 | **PHS Custody Date: (mm/dd/yy)** / / |
| **Will there be a charge?** ☐ Yes ☐ No **Sex** ☑ Male ☐ Female | **SS Number** __-__-__ | **Potential Release Date: (mm/dd/yy)** / / |

**Responsible party:** ☐ PHS  ☐ Auto Ins.   ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )   ☐ Other, be specific (Excludes Medicare and Medicaid):

## CLINICAL DATA

**Requesting Provider:** ☑ Physician  ☐ NP, PA  ☐ Dental

_Dr Rayapat_

**Facility Medical Director Signature and Date:**

_Samuel Rayapati MD_

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☑ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)

☑ Routine  ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** __/__/__

(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:** ☐ Radiation therapy  ☐ Chemotherapy
**Number of Visits/Treatments:** _____  ☐ Other:

**Specialist refered to:**

**Type of Consultation, Treatment, Procedure or Surgery:**

_Dr White_

**You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.**
☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/symptoms with Date of Onset:**

Small RI A- with No significant Sac easily Reducible

**Results of a complaint directed physical examination:**

F/V- Examination Reveals No significant changes from the Past

**Previous treatment and response (including medications):**

Now present bed –

TRUS **FOR PROFESSIONAL USE ONLY**
**CONFIDENTIAL RECORD**
NOT TO BE PHOTO COPIED

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested Information.

☐ Offsite Service Recommended and Authorized

**Date resubmitted:** __/__/__

**Regional Medical Director Signature, printed name and date required:**

/ /  (mm/dd/yy)

**Do not write below this line. For Case Manager and Corporate Data Entry ONLY.**

| **Cert Type:** | **Med Class:** | **UR Auth #:** |
|---|---|---|

Fax 2-28-05

# UTILIZATION M. AGEMENT REFERRAL REVIE FORM

### Form must be Complete and Legible. You must Type or Print
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

**PHS**

## DEMOGRAPHICS

| | | |
|---|---|---|
| Site Name & Number: VENTRESS-0845 | Patient Name: (Last, First) | Date: (mm/dd/yy) 06/14/04 |
| Site Phone # 334-775~ | Alias: (Last, First) | Date of Birth: (mm/dd/yy) ███ |
| Site Fax # | Inmate # 226537 | PHS Custody Date: (mm/dd/yy) 01/21/03 |
| Will there be a charge? ☐ Yes ☐ No  Sex ☐ Male ☐ Female | SS Number ███ | Potential Release Date: (mm/dd/yy) 2/28/09 |

*(watermark: FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTO COPIED)*

Responsible party: ☐ PHS  ☐ Auto Ins.  ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )  ☐ Other, be specific: (Excludes Medicare and Medicaid)

## CLINICAL DATA

**Requesting Provider:** ☑ Physician  ☐ NP, PA  ☐ Dentist

Dr. Samuel Rayapati

**Facility Medical Director Signature and Date:**
Samuel Rayapati M.D.

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☑ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)
☐ Routine  ☐ Urgent

**Estimated Date of Service (mm/dd/yy):** ___/___/___
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:** ☐ Radiation therapy  ☐ Chemotherapy
**Number of Visits/Treatments:** _____  ☐ Other:

**Specialist referred to:** Surgery

**Type of Consultation, Treatment, Procedure or Surgery:**
Eval for Surgery of a small
R.I.H — Benign and reducible

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**History of Illness/Injury/symptoms with Date of Onset:**
a month ago a small RIH —
easily reducible, only visible
on long standing and easily
reduced on supine position diagnosed

**Results of a complaint directed physical examination:**
small RIH — easily reducible
Non-Tender — with no signs
cant dilatation of Right inguinal
ring — No other complications

**Previous treatment and response (including medications):**
Will soon n Truss will be supplied —
But per stats he will be more
Comfortable with Surgery
M. Has BBB — and easy in profile

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here): → If reducable, conservative Rx

☑ More Information Requested: (See Attached)

**Date resubmitted:** ___/___/___    Flee in 2mo

☐ Resubmitted with requested information:

**Regional Medical Director Signature, printed name and date required:**
X _____ MOSER    8.16.4

--------- Do not write below this line. For Case Manager and Corporate Data Entry ONLY. ---------

| Cert Type: | Med Class: | UR Auth #: |
|---|---|---|
| | | |

UM Referral review form 2-05-2004

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or Print
*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

**PHS**

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** <br> VENTRESS-0845 | **Patient Name: (Last, First,)** <br> Strickland Willie | **Date: (mm/dd/yy)** <br> 06/14/04 |
| **Site Phone #** <br> 334-7758178 | **Alias: (Last, First,)** | **Date of Birth: (mm/dd/yy)** ▉▉▉ |
| **Site Fax #** <br> 334-775-8178 | **Inmate #** <br> 226537 | **PHS Custody Date: (mm/dd/yy)** <br> 01/21/03 |
| **Will there be a charge?** ☐ Yes ☐ No  **Sex** ☐ Male ☐ Female | **SS Number** ▉▉▉ | **Potential Release Date: (mm/dd/yy)** <br> 2/28/04 |

**Responsible party:** ☐ PHS ☐ Auto Ins. ☐ Health Ins (Excludes Medicare/Medicaid Managed Care alternative plans ) ☐ Other, be specific (Excludes Medicare and Medicaid):

## CLINICAL DATA

**Requesting Provider:** ☑ Physician ☐ NP, PA ☐ Dental

Dr. Samuel Rayapati

**Facility Medical Director Signature and Date:**

Samuel. Rayapati. M.D.

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☑ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)

☐ Routine  ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** ___/___/___

**(This starts the approval window for the "open authorization period")**

**Multiple Visits/Treatments:** ☐ Radiation therapy ☐ Chemotherapy

**Number of Visits/Treatments:** _____ ☐ Other:

**Specialist referred to:** Surgery

**Type of Consultation, Treatment, Procedure or Surgery:**

Eval for Surgery of a small RIH - Benign and reducible

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.

☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmtoms with Date of Onset:**

A month ago a small RIH - easily reducible, only visible on long standing and easily reduced on supine position diagnosed

**Results of a complaint directed physical examination:**

Small RIH - easily reducible Non-Tender - with no signs Cant dilatation of Right inguinal ring - No other complications

**Previous treatment and response (including medications):**

Will soon a Truss will be supplied - But Inmate states he will be more Comfortable with Surgery IM Has RBB - and lay in profile

***For security and safety, please do not inform patient of possible follow-up appointments***

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**UM DETERMINATION:**

☐ Alternative Treatment Plan (Explain Here):

☐ Offsite Service Recommended and Authorized

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information

**Date resubmitted:** ___/___/___

Returned Denied 6-16-04

**Regional Medical Director Signature, printed name and date required:**

___/___/___ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| **Cert Type:** | **Med Class:** | **UR Auth #:** |
|---|---|---|



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

**Patient Name:** Strickland, Willie     BCDC#: 226537

1. I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2. I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3. I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4. I have had the opportunity to ask questions which have been answered to my satisfaction.

5. I understand there is no guarantee of success or permanence of the treatment.

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Willie Strickland
Patient's Signature

4-12-05
Date

W. E. Shirley
Dentist's Signature

4-12-05
Date

PHS MD-70090



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Willie Strickland_   Date of Request: _12-20-04_
ID # _226537_   Date of Birth: ███████ Location: _3-Dorm 77-B_
Nature of problem or request: _Bad toothache- needs pulling or_
_fixing_

_Willie Strickland_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _12 / 23 / 04_
Time: _10:25_ (AM) PM
Allergies: _NKDA_

| RECEIVED |
| --- |
| Date: _12-20-04_ |
| Time: _12:15_ |
| Receiving Nurse Intials _DS_ |

**(S)ubjective:** _I need fillings put back in my teeth_

**(O)bjective  (V/S): T:_____  P:_____  R:_____  BP:_____  WT:_____**

_Teeth partly broken off on upper right side_

**(A)ssessment:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**(P)lan:** _Watch for name in newsletter for_
_dental appt_

Refer to:    MD/PA    Mental Health    (Dental)  Daily Treatment        Return to Clinic PRN
CIRCLE ONE

Check One:  ROUTINE ( ✓ )  EMERGENCY (  )
   If Emergency was PHS supervisor notified:    Yes (  )    No (  )
      Was MD/PA on call notified:    Yes (  )    No (  )

_R. Thompkins DA_
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

### DENTAL RECORD TREATMENT

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Services Rendered

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|------|---------|-----------|-----------|----------|-------|
| 4/01/04 | | | N/S dental appointment | R.T. | |
| 12-23-04 | | | dental screening | R.T. | |
| 4-12-05 | 3,9 | Caries | OO amalgam #3  DFL #9 composite resin | WEL | |

| PATIENT LAST NAME | FIRST | MIDDLE | DOB | R/S | ID NO |
|-------------------|-------|--------|-----|-----|-------|
| Strickland, | Willie | | ▓▓▓▓ | w/m | 226537 |

PHS-MD-70022