IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE R. STRICKLAND, #226537, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-931-F |
| ) | |
| PRISON HEALTH SERVICES, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by defendant Giles on November 28, 2005 (Court Doc. No. 17), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED to the extent allowed in this order. It is further

ORDERED that defendant Giles is GRANTED an extension from November 28, 2005 to and including December 19, 2005 to file his special report.

Done this   29th  day of November, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATE MAGISTRATE JUDGE