IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE STRICKLAND, #226537, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV NO. 2:05-CV-931-F |
| ) | |
| SAMUEL RAYAPATI, et. al., ) | |
| ) | |
| Defendants. ) | |

MOTION FOR ENLARGEMENT OF TIME TO FILE
SPECIAL REPORT

Comes now, the defendant, **J. C. Giles**, by and through the Attorney General for the State of Alabama, Honorable Troy King, and move, pursuant to Federal Rules of Civil Procedure (FRCVP) 6(b)(1), for an enlargement of time to comply with this Honorable Court's October 13, 2005 ORDER, establishing a deadline for the parties to comply. Due to the length and complexity of plaintiff's complaint and the amount of legal issues presented, the undersigned has encountered some difficulty and delay in securing the affidavits, medical records and other materials ordered by this Court. Accordingly, the undersigned respectfully requests an additional 30 days to gather the necessary information and file a Special Report.

    Respectfully submitted,

    TROY KING
    ATTORNEY GENERAL


    /s/ Matthew Y. Beam
    MATTHEW Y. BEAM (BEA065)
    ASSISTANT ATTORNEY GENERAL

**ADDRESS OF COUNSEL**

Office of the Attorney General
General Civil Litigation
11 South Union Street
Montgomery, Alabama 36130
(334) 242-7340
(334) 242-2433 fax

**CERTIFICATE OF SERVICE**

I hereby certify that this 19th day of December, 2005 served a copy of the foregoing on the plaintiff by placing same in the United States mail, postage prepaid and addressed as follows:

Mr. Willie Strickland
AIS 226537
Ventress Correctional Facility
P.O. Box 767
Clayton, Alabama 36016-0767

/s/ Matthew Y. Beam
MATTHEW Y. BEAM (BEA065)
ASSISTANT ATTORNEY GENERAL