FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

-04

Warden Giles

I am writing this letter because I am concerned about the medical condition of my son, Willie Strickland. 226537 He has a hernia and has been hurting for approx. 2 months. He has been to the Doctor 3 times. All the Doctor has done is to give him a Truss which is not helping. He has been to HCU 6 times. A hernia does not go away by itself. He is in pain and we want to know what steps we need to take to get him the proper medical treatment he needs which will more than likely be surgery. I have tried numerous times to reach you by phone regarding this matter but for one reason or another haven't been able to talk to you. This is a serious matter that needs your immediate attention. You can contact me at 334-749-9393 or 4165 Co. Rd. 299 Cusseta, AL. 36852. I would appreciate a quick response from you regarding this matter.

Sincerely, Brenda Strickland

To: Warden Giles
From: N. Burks
Date: 6/8/04
Ref: Strickland, Willie

**FOR PROFESSIONAL USE ONLY**
**CONFIDENTIAL RECORD**
**NOT TO BE PHOTO COPIED**

Inmate Strickland, Willie 226537 turned in a sick call request dated 5/5/04, complaining of "severe abdominal pain on right side". Was seen at sick call on 5/6/04 and referred to M. D. Appointment given for 5/7/04. Dr Rayapati's assessment, wants bottom bunk, abdominal non-tender. Bottom bunk profile denied.

On 5/14/04, Strickland put in another sick call request, complaining of "pain in right of stomach beside groin area". He was seen at sick call on 5/14. Appointment given to see M.D. on 5/17/04. Dr Rayapati's assessment, reducible non tenderness over pubic area no redness or swelling.
questionable prodroma hernia. Malingering for bottom bunk. Truss ordered.

On 6/3/04, I spoke to inmate per his request in reference to above complaints. I gave Strickland another appointment to see M.D. for further evaluation on 6/3/04. He was Diagnosed with right inguinal hernia, given a lay in profile.

I will speak with Dr Raypati this week in reference to referring Strickland to Dr Whyte for a surgical evaluation.

N. Burks, RN, H. S. A.