Form must be Complete and Legible. You must Type or Print
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** VENTRESS-0845 | **Patient Name: (Last, First,)** Strickland Willie | **Date: (mm/dd/yy)** 2.25.05 |
| **Site Phone #** 334-7758178 | **Alias: (Last, First,)** | **Date of Birth: (mm/dd/yy)** ▇▇▇▇ |
| **Site Fax #** 334-775-8178 | **Inmate #** 226537 | **PHS Custody Date: (mm/dd/yy)** _/_/_ |
| | **SS Number** | **Potential Release Date: (mm/dd/yy)** _/_/_ |
| **Will there be a charge?** ☐ Yes ☐ No | **Sex** ☑ Male ☐ Female | |

**Responsible party:** ☐ PHS  ☐ Auto Ins.  ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans)  ☐ Other, be specific (Excludes Medicare and Medicaid):_____

## CLINICAL DATA

**Requesting Provider:** ☑ Physician  ☐ NP, PA  ☐ Dental

Dr Rayapati

**Facility Medical Director Signaure and Date:**
Samuel Rayapati MD

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☑ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)

☑ Routine  ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** _/_/_
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:** ☐ Radiation therapy  ☐ Chemotherapy
**Number of Visits/Treatments:** _____  ☐ Other:_____

**Specialist referred to:**

**Type of Consultation, Treatment, Procedure or Surgery:**
Dr Whyte

**History of illness/injury/sypmtoms with Date of Onset:**
Small RI H - with
No Significant Sac.
easily Reducible

**Results of a complaint directed physical examination:**
F/U - Examination.
Reveals no Significant
Changes from the
Past

**Previous treatment and response (including medications):**
New prescribed -
TRUS

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

You must Include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

***For security and safety, please do not inform patient of possible follow-up appointments***

**UM DETERMINATION:**  ☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.  **Date resubmitted:** _/_/_

**Regional Medical Director Signature, printed name and date required:**
_____/____/____ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | UR Auth #: |
|---|---|---|

UM Referral review form 2-05-2004

Fax 2-28-05

IN THE DISTRICT COURT OF THE UNTIED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION


WILLIE R. STRICKLAND, PRO SE,

    PLAINTIFF,

V.                           CASE NO. 2:05-CV-931-F

SAMUEL RAYAPATI, et. al.,

    DEFENDANTS


Rebutal to sworn affidavit of Samuel Rayapati, M.D.

Samuel Rayapati states he has been licensed in the State of Alabama since

1992, and medical director since February 18, 2004.

ANSWER

Samuel Rayapati was license to practice medicine in th State of

Georgia and was licensed at all times relevant to matters stated herein.

See Exhibit C.

From on or about August 31, 1994 though July 15, 1996 Dr. Rayapati

provided treatment for patient J.M. Patient died due to developing Stevens

Johnson disease as an adverse drug reaction to allopurinol.  Medical

experts believe Dr. Rayapati's diagnosis and treatment fell below minimal

standards of prevailing medical practice.  In June 9, 200 conduct constitutes

sufficient grounds for imposition upon Dr. Rayapati's license to practice

medicine in the State of Georgia, and ordered him to obtain thirty hours

of continuing medical education of the diagnosis and treatment of gout

and adverse drug reactions which took him 4 years.

On February, 2004, Dr. Rayapati asked the State Board of Medical

Examiners in Georgia that the probation of respondents license to practice

1

medicine in the state of Georgia be terminated, and was ordered so.

2. Dr. Rayapati himself reffered Plaintiff on June 14, 2004 and
also on February 25, 2005 to an office visit for a consultation to determine
if surgery was needed. On both occasions the Plaintiff was denied, proving
Deliberate indifference. Dr. Rayapati states in his sworn affidavit
states "Appropriate standard of care has been adhered to at all times
in providing medical care, evaluation and treatment to this inmate."
The evaluation was never done.

3. Dr. Rayapati also states "Strickland's known medical complaints
and conditions have been addressed as promptly as possible." If 18 months
is prompt I'd hate to see slow.

Respectfully yours,

Willie Strickland PRO,SE:
Willie R. Strickland
AIS #226537 Dorm 3
Post Office Box 767
Clayton, AL. 36016-0767

2

BEFORE THE COMPOSITE STATE BOARD OF MEDICAL EXAMINERS

Composite State Board
of Medical Examiners

FEB 1 8 2004

IN THE MATTER OF:

SAMUEL RAYAPATI, MD
License # 037345
Respondent

DOCKET NUMBER

Docket No.   99-mb-00-125

## PUBLIC CONSENT ORDER TERMINATING PROBATION

WHEREAS, the Composite State Board of Medical Examiners ("Board") entered a Consent Order

In the above styled matter on June 9, 2000, which placed Respondent's license to practice medicine in

Georgia on probation; and

WHEREAS, Respondent has petitioned to have the probation terminated; and

WHEREAS, the Board has determined that the Respondent has complied with all the terms and

Conditions of the probation,

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the probation of Respondent's license

to practice medicine in the State of Georgia be **TERMINATED.**

SO ORDERED, this _18th_ day of February 2004.

COMPOSITE STATE BOARD OF
MEDICAL EXAMINERS

Grace V. Davis, MD, M.P.H.
President

(BOARD SEAL)

ATTEST: LaSharn Hughes
Executive Director