IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE R. STRICKLAND, #226537, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   2:05-CV-931-F |
| | ) |
| PRISON HEALTH SERVICES, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by defendant Giles on December 19, 2005 (Court Doc. No. 19), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 5th day of January, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE