IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Willie Strickland, #226537 | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:05-CV-931-F |
| | ) |
| Samuel Rayapati, et.al., | ) |
| | ) |
| Defendants. | ) |

### AFFIDAVIT

Before me, the undersigned Notary Public, did personally appear J. C. Giles, who being duly sworn, deposes and presents the following affidavit.

My name is J. C. Giles and I am an individual over the age of twenty-one years. I am employed with the State of Alabama Department of Corrections at Ventress Correctional Facility, Clayton, Alabama. I am employed in this capacity as a Warden III. I have read the complaint in the above styled case and note that inmate Willie Strickland, #226537 alleges that I violated his civil rights. I make this affidavit in the defense thereof.

Page 2
Affidavit – J. C. Giles

The plaintiff, Willie Strickland, #226537, listed me as a defendant in his complaint that was delivered to me on October 17, 2005. In the narrative of his complaint, the plaintiff alleges that he has been neglected of physical well being. He alleges that he has been to the Health Care Unit numerous times to have his hernia fixed and was turned down.

In my capacity as Warden III at Ventress Correctional Facility, I have insured that Inmate Willie Strickland, #226537 has access to medical care and that he is being taken care of at the Health Care Unit at Ventress Correctional Facility. I have talked with the Health Care Unit and he is being monitored.

The before mentioned facts are true and correct to the best of my knowledge.

_____  11-28-05
J. C. Giles                Date

State of Alabama )

Barbour County )

Sworn to and subscribed before me this 28th day of Nov., 2005.

_____
Notary Public
My Commission Expires: 9-08-08



State of Alabama
Alabama Department of Corrections
Ventress Correctional Facility
P.O. Box 767
Clayton, Alabama 36016



**Bob Riley**
GOVERNOR

**Doral Campbell**
COMMISSIONER

# A F F I D A V I T

)
)
)
)

## STATE OF ALABAMA

I, Reba T. Currie, hereby certify and affirm that I am an ASAIII, at Ventress Correctional Facility; that I am one of the custodian of records at this institution; that the attached documents are true, exact, and correct photocopies of certain documents maintained here in the institutional files; and that I am over the age of twenty-one years and am competent to testify to the aforesaid documents and matters stated therein.

I further certify and affirm that said documents on Willie Strickland, 226537 are maintained in the usual and ordinary course of business at the Ventress Correctional Facility; and that said documents were made at, or reasonably near the time that the transactions referred to therein are said to have occurred.

This, I do hereby certify and affirm to on this the 16th day of Dec, 2005.

_Reba D Currie_
Signature

SWORN TO AND SUBSCRIBED BEFORE ME THIS 16th DAY OF December, 2005.

_Carolyn Daniels_
Notary Public
My Commission Expires: 04/06/06

Telephone (334) 353-3883          Fax (334) 353-3967



**PRISON HEALTH SERVICES INCORPORATED**

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / <br> ALLERGIES: | |
| Use Last  Date / / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B. / / <br> ALLERGIES: | |
| Use Fourth  Date / / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |
| NAME: Strickland, Willie <br> 226537 <br> D.O.B. 12/28/73 <br> ALLERGIES: NKA | DIAGNOSIS (If Chg'd) <br> etc. BBB |
| Use Third  Date 10/31/05 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |
| NAME: Strickland, Willie <br> 226537 <br> D.O.B. 12/28/73  noted <br> ALLERGIES: NKA | DIAGNOSIS (If Chg'd) <br> L R App'd <br> Motrin 200mg TID B12 x 1m <br> ○ heavy lifting 7.15# x 6mo |
| Use Second  Date 8/25/05 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |
| NAME: STRICKLAND, WILLIE <br> #226537 <br> D.O.B. 12/28/73  Noted <br> ALLERGIES: NKA  7/2 | DIAGNOSIS <br> BB Prof 4 x 6 month <br> Cont wearing hernia ___ <br> x 6 mo ___ <br> R+C PRN |
| Use First  Date 7/2/05 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

MEDICAL RECORDS COPY



**PHYSICIANS' ORDERS**

| | |
|---|---|
| NAME: Strickland, Willie #226537<br>D.O.B. 12/28/73<br>ALLERGIES: NKDA<br>Use Last  Date 7/18/05 | DIAGNOSIS (If Chg'd)<br>BBT × 4 days.<br><br>V.O. Dr. Rayfati / Sh<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Strickland, Willie #226537<br>D.O.B. 12/28/73<br>ALLERGIES: NKDA<br>Use Fourth  Date / / | DIAGNOSIS (If Chg'd)<br>Truss — 6 mo<br><br>RTC 6 mo for F/U<br><br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Strickland, Willie #226537<br>D.O.B. 12/28/73<br>ALLERGIES: NKDA<br>Use Third  Date 6/14/04 | DIAGNOSIS (If Chg'd)<br>Surgery Consult for RIH.<br><br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Strickland, Willie #226537<br>D.O.B. 12/28/73<br>ALLERGIES: NKDA<br>Use Second  Date 6/3/04 | DIAGNOSIS (If Chg'd)<br>lay in profile<br><br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Strickland, Willie #226537<br>D.O.B. 12/28/73<br>ALLERGIES: NKDA<br>Date 5/17/04 | DIAGNOSIS<br>Truss — RIH.<br><br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

MEDICAL RECORDS COPY



**PHS**
PRISON HEALTH SERVICES INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Strickland, Willie  226537   D.O.B.: 12/28/73 |
|---|---|
| 2-22-05/1037 | Wt. 193# BP 110/70 P 76 R 18 T 99.2 — c/o hernia, pre-existing problem — |

(O) R IH — very small
       reducible — easily
   m — exaggerating
   ø
 # R IH —                                             pt is using some
       reducible                                      device — ? scrotal
                                                      support
(P) may use Truss
(S) do not strain — heavy lifting

| 7-21-05/1115 | 190# — 99.8 — 110/58 — 80 — 18 — reg. bottom bunk profile |

31 WM pt c/o as above c Hx of ® inguinal hernia
x 2 yrs denies ↑ in size ⊖ pain   meds
meds US) NADK3                                   ⊖ weds
ABD soft NT ® Lower ABD      NKDA
⊖ swelling BS 4x4 hernia
very small non detectable wearing hernia
                                        truss today
A  ® inguinal hernia
P  cont hernia truss & comments
   BB Profile & comments
   Report any ↑ size or N/V/D or pain as no
   R to PHU

| Date/Time | Inmate's Name: Strickland Willie | D.O.B.: / / |
|---|---|---|

8-25-05 8:10 — wt 190, T 98.8, R 18, P 68, O₂ sat 98%, B/p 124/70
c/o hernia lower groin Right side / painful
S) WM [illegible] c/o x 18 months  Ō meds
N AD USS A&Ox3 Ambulates c difficulty  N RD.4
HMD soft flat Hernia reductible c truss
on AD directed. denies D'z in BM
⊕ BS x4   Ⓖ swelling Ⓞ masses noted
A) R L ABD hernia easily reducible Ō [illegible]
P/ cont to wear truss
① heavy lifting 215# x 6 m c+
② Fluids Safety c work/play
RTC PRN  Motrin 200mg TT po BID x 1 mo + PRN

10/21/05 — wt. 181#  P 75  T 98.4  B/p 100/66  R 18  Nurse Call
c/o hernia abdomin
did not [illegible]

| Date/Time | Inmate's Name: Strickland, Willie 226531 | D.O.B.: 12/28/73 |
|---|---|---|

5/3/04  Wt 190  B/p 120/66 P74 R16 T98

S) Hernia
  O) has small R I H -
     Reducible - NT -
     has BBB/Truss -
     Abd soft, NT
     No palpable masses
     NL BS -
     Other exam - NL
  (A) R I H - Small
  (P) Lay in profile —

6-14-04 / 1055  Wt 193  B/p 100/74 P70 R18 T99.2 — c/o hernia
                                               C Hunter, LPN

   ℅ Hernia (RIH - small - reducible
  S) diagnosed 5/17/04 —
  O) on standing a small R I H - palpable that disappears
     on supine position — NT - benign — dx diagnosed
     a month ago — Hernia site — seems normal size —
     No significant dilation of (R) inguinal ring
     The rest of the exam was remarkable —
     The letters from IM, to HSA, and Warden noted
  (A) small R I H
  (P) on profile —             Truss not at provided - 2° shortage
      IM wants surgery —           of supply - will soon will
      will write a Surgery Consult for approval provide —



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Strickland, Willie #226537    D.O.B.: 12/28/23 |
|---|---|
| 5-7-04/1030 | Wt 189.5  B/p 100/60  P 61  R 16  T 98.6 - c/o ® abd. pain x 1 week                                   C. Hunter, LPN |
| | Wants BBB. |
| | (O) Abd NT Soft BS-NL |
| | (A) Normal Exam |
| | (P) denied BBB |
| | [signature] |
| 5/17/04 1035 | Pain Rt groin area |
| | Wt 191 lbs  P-76  R-18  T 98.8  Pulse ox 98%  BP 122/60 |
| (S) | |
| (O) | Some swelling comes at 6pm in R groin area. Now Some Reproducible tender over and pubic pain, without any Erythema and swelling. No swelling now. |
| | Other Exam - NL.    Cough Reflex ⊗ |
| | Hernia Sitis NL |
| (A) | - ? prodromal R IH |
| | ? mild muscules skelital pain |
| | Malingering for BBB |
| (P) | Come and show when swelling seen |
| | [signature] |



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Willie P Strickland     Date of Request: 8-23-05
ID #: 226537     Date of Birth: 12/28/73   Location: 10-B 37B
Nature of problem or request: Pre-existing hernia. Injured myself obeying a direct order from DOC. I'm in a great deal of pain. This is my last attempt to get the surgery before I pursue legal action. I've been hurting about 20 mcs. To wit 42USC 1983.

Willie Strickland 226537
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: 8/24/05
Time: 8:15 AM/PM
Allergies: NKDA

RECEIVED
Date: 8/24/05
Time: 11:45
Receiving Nurse Initials: DS

O2Sat = 98%

(S)ubjective: I'm still hurting. They gave me a hernia brace. I just want to get the surgery over with. Still have 3½ yrs. to do.

(O)bjective (V/S): T: 98.8  P: 59  R:   BP: 110/74  WT: 187
w/ m amb, no UE steady gait - A/O x4 c/o pain 8-9 from hernia. States when he 1st got truss it helped but it doesn't help anymore.

(note: pre-existing - $3.00 fee)

(A)ssessment: Alt. in Comfort.

(P)lan: appt. with Ms. Floyd, CRNP 8/25/05

Refer to: MD/PA  Mental Health  Dental  Daily Treatment  Return to Clinic PRN
CRNP          CIRCLE ONE
Check One: ROUTINE ( )   EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( )  No ( )
Was MD/PA on call notified: Yes ( )  No ( )

Willie Strickland                    [signature] RN
                                SIGNATURE AND TITLE

WHITE:  INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: **Willie Strickland**   Date of Request: **5-14-04**
ID #: **2265-77**   Date of Birth: **12-28-77**   Location: **3-Dorm**
Nature of problem or request: **Pain in right of stomach beside groin area**

_Signature_

**DO NOT WRITE BELOW THIS LINE**

Date: **5/14/04**
Time: **1945** AM PM
Allergies: **NKA**

RECEIVED
Date: **5-14-04**
Time: **12:30**
Receiving Nurse Initials: **DS**

(S)ubjective: "I need something done about my right side area pain"

(O)bjective (V/S): T: **98.8**   P: **78**   R: ___   BP: **___/60**   WT: **190**
c/o right side abd pain ___ ___ area
@ times, no swelling or ___

(A)ssessment: _____

(P)lan: See Dr Rajaputi
5-17-04 @ 10am

Refer to: (MD/PA)  Mental Health  Dental  Daily Treatment   Return to Clinic
                 CIRCLE ONE
Check One: ROUTINE (X)   EMERGENCY ( )
If Emergency was PHS-supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_SIGNATURE AND TITLE_

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Willie Strickland_    Date of Request: _5-5-04_
ID # _226537_    Date of Birth: _12-28-72_ Location: _3-Dorm 79-T_
Nature of problem or request: _Severe abdominal pain on_
_right side_

_Willie St____ 226537_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _5/6/04_
Time: _8:00_ AM/PM
Allergies: _NKA_

**RECEIVED**
Date: 5-6-04
Time: 12:30
Receiving Nurse Initials _DS_

(S)ubjective: _Stated hurting about a week ago but it keep getting worse._

(O)bjective (V/S): T: _99⁴_   P: _80_   R: _20_   BP: _110/70_   WT: _190_

_no extreme pain when pressure applied, needful, tenderness through_
_abd._

(A)ssessment: _Alt. Comfort_

(P)lan: _Refer to Dr. Koppfer Friday am_
_8am. 5-7-04_

Refer to: (MD/PA)   Mental Health... Dental... Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )   No ( )
    Was MD/PA on call notified:   Yes ( )   No ( )

SIGNATURE AND TITLE

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or Print
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

**PHS**

RECEIVED FEB 28 2005

## DEMOGRAPHICS

**Site Name & Number:** VENTRESS-0041
**Site Phone #:** 334-775-8178
**Site Fax #:** 334-775-8178

**Patient Name (Last, First):** Strawland, Willie
**Alias (Last, First):**
**Inmate #:** 226537
**SS Number:**

**Date (mm/dd/yy):** 2/25/05
**Date of Birth (mm/dd/yy):** 12/28/73
**PHS Custody Date (mm/dd/yy):**
**Potential Release Date (mm/dd/yy):**

**Will there be a charge?** ☐ Yes ☐ No
**Sex:** ☑ Male ☐ Female

**Responsible party:** ☐ MC ☐ Auto Ins. ☐ Health Ins. ☐ Other

## CLINICAL DATA

**Requesting Provider:** ☑ Physician ☐ NP, PA ☐ Dental
Dr. Rayapati

**Facility Medical Director Signature and Date:**
Samuel Rayapati, MD

☐ Service exceeds criteria for "normal vs. prolonged"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☐ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DI)
☑ Routine   ☐ Urgent

**Estimated Date of Service (mm/dd/yy):** ___/___/___
(This extends the approved window for the "open authorization period")

**Multiple Visits/Treatments:** ☐ Radiation therapy ☐ Chemotherapy ☐ Other
**Number of Visits/Treatments:**

**Specialist referred to:**
**Type of Consultation, Treatment, Procedure or Surgery:**
Dr. Whyte

**History of Illness/Injury/Symptoms with Date of Onset:**
Small R.L.H. with no significant sx. easily reducible

**Results of a complaint directed physical examination:**
F/U Examination reveals no significant changes from the past

**Previous treatment and response (including medications):**
Now present & old TRUSS-

You must include copies of pertinent reports such as lab results, X-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

"For security and safety, please do not inform patient of possible follow-up appointments"

## UM DETERMINATION:

☐ Onsite Service Recommended and Authorized
☐ Alternative Treatment Plan (explain here):
☐ More Information Requested (See Attached)
☐ Resubmitted with requested information

If reducible → Truss

**Regional Medical Director Signature, printed name and date required:**
Will Mosler, MD    3(1)-    2-28-05

Do not write below this line. For Corporate and Corporate Data Entry ONLY.

| Cert Type | Med Class | UR Auth # |
|---|---|---|

UM Referral review form 2-05-2004

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or Print
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

## DEMOGRAPHICS

**Site Name & Number:** VENTRESS-0845

**Site Phone #:** 334-775-8178

**Site Fax #:** 334-775-8178

**Patient Name:** (Last, First) Strickland Willie

**Alias:** (Last, First)

**Inmate #:** 226537

**SS Number:**

**Date:** (mm/dd/yy) 2/25/05

**Date of Birth:** (mm/dd/yy) 12/28/73

**PHS Custody Date:** (mm/dd/yy) __/__/__

**Potential Release Date:** (mm/dd/yy) __/__/__

**Will there be a charge?** ☐ Yes ☐ No

**Sex:** ☑ Male ☐ Female

**Responsible party:** ☐ PHS  ☐ Auto Ins.  ☐ Health Ins. (Excludes Medicare/Medicaid Managed Care alternative plans)  ☐ Other, be specific (Excludes Medicare and Medicaid):

## CLINICAL DATA

**Requesting Provider:** ☑ Physician  ☐ NP, PA  ☐ Dental

Dr. Rayapati

**Facility Medical Director Signature and Date:** Samuel Rayapati, MD

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☑ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)
☑ Routine  ☐ Urgent

**Estimated Date of Service (mm/dd/yy):** __/__/__
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:** ☐ Radiation therapy  ☐ Chemotherapy
**Number of Visits/Treatments:** ____  ☐ Other____

**Specialist referred to:**

**Type of Consultation, Treatment, Procedure or Surgery:** Dr. White

**History of Illness/injury/symptoms with Date of Onset:**
Small RIH - with no significant SAC. easily reducible

**Results of a complaint directed physical examination:**
F/U - Examination. Reveals no significant changes from the past

**Previous treatment and response (including medications):**
Now prescribed - TRUSS -

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Offsite Service Recommended and Authorized
☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information.

**Date resubmitted:** __/__/__

**Regional Medical Director Signature, printed name and date required:** __/__/__

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | UR Auth #: |
|---|---|---|

UM Referral review form 2-05-2004

Fax 2-28-05

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

*Form must be completed legibly or it must be typed or filled.*
*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** VENTRESS-0044 | **Patient Name: (Last, First)** Strickland, Willie | **Date: (mm/dd/yy)** 06/14/04 |
| **Site Phone #** 334-775-8178 | **AKA: (Last, First)** | **Date of Birth: (mm/dd/yy)** 12/28/73 |
| **Site Fax #** 334-775-8178 | **Inmate #** 226537 | **PHS Custody Date: (mm/dd/yy)** 01/21/03 |
| **Will there be a charge?** ☐ Yes ☐ No  **Sex** ☐ Male ☐ Female | **SS Number** 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 | **Potential Release Date: (mm/dd/yy)** 2/28/09 |

**Responsible party:** ☐ PHS  ☐ Auto Ins.  ☐ Health Ins. (Excludes Medicare/Medicaid Managed Care alternative plans)  ☐ Other, be specific (Excludes Medicare and Medicaid):

## CLINICAL DATA

**Requesting Provider:** ☑ Physician  ☐ NP, PA  ☐ Dentist

Dr. Samuel Rayapati

**Facility Medical Director Signature and Date:**
Samuel Rayapati, M.D.

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☑ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DA)
☐ Routine   ☐ Urgent

**Estimated Date of Service (mm/dd/yy):** __/__/__
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:** ☐ Radiation Therapy  ☐ Chemotherapy
**Number of Visits/Treatments:** ____  ☐ Other: ____

**Specialist referred to:** Surgery
**Type of Consultation, Treatment, Procedure or Surgery:**
Eval for Surgery of a small R.I.H. - benign and reducible.

**History of Illness/Injury/symptoms with Date of Onset:**
A month ago a small RIH - easily reducible, only visible on long standing and easily reduced on supine position - diagnosis

**Results of a complaint directed physical examination:**
small RIH - easily reducible Non-tender - with no signs. Cord dilatation of Right inguinal ring - no other complications

**Previous treatment and response (including medications):**
Will from a Truss will be helpful - but pt states he will be more comfortable with surgery
Pt has RBB - and lay in profile

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:
☐ Offsite Service Recommended and Authorized
☑ Alternative Treatment Plan (explain here): → If reducible, conservative Rx
☑ More Information Requested: (See Attached)
☐ Resubmitted with requested information.
**Date resubmitted:** __/__/__

Flee in 2 mo

**Regional Medical Director Signature, printed name and date required:**
MOSCER   8/16/4

*Do not write below this line. For Case Manager and Corporate Data Entry ONLY.*

| Cert Type | Med Check | UR Auth # |
|---|---|---|
| | | |

UM Referral review form 2-05-2004

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or Print
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First,) | Date: (mm/dd/yy) |
|---|---|---|
| VENTRESS-0645 | Strickland, Willie | 6/14/04 |
| **Site Phone #** | Alias: (Last, First) | Date of Birth: (mm/dd/yy) |
| 334-775-8178 | | 12/28/23 |
| **Site Fax #** | Inmate # | PHS Custody Date: (mm/dd/yy) |
| 334-775-8178 | 226537 | 01/21/03 |
| Will there be a charge? ☐ Yes ☐ No | Sex ☐ Male ☐ Female | SS Number | Potential Release Date: (mm/dd/yy) |
| | | 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 | 2/28/09 |

Responsible party: ☐ PHS ☐ Auto Ins. ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans) ☐ Other, be specific (Excludes Medicare and Medicaid):

## CLINICAL DATA

**Requesting Provider:** ☑ Physician ☐ NP, PA ☐ Dental

Dr Samuel Ray, apat.

**Facility Medical Director Signature and Date:**

Samuel Ray apat. M.D.

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☑ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)
☐ Routine  ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** ___/___/___
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:** ☐ Radiation therapy ☐ Chemotherapy
**Number of Visits/Treatments:** _____ ☐ Other

**Specialist referred to:** Surgery

**Type of Consultation, Treatment, Procedure or Surgery:**

Eval for Surgery of a small RIH - Benign and reducible.

**History of illness/injury/symptoms with Date of Onset:**

A month ago a small RIH - easily reducible, only visible on long standing and easily reduced on supine position diagnosed

**Results of a complaint directed physical examination:**

Small RIH - easily reducible Non-Tender - with no signs. Can't ablation of Right inguinal ring - no other complications

**Previous treatment and response (including medications):**

Will soon a Truss will be supplied - But I'm still he will be more comfortable with surgery. IH has BBB - and lays in profile

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.

☐ Pertinent Documents have been attached and faxed.

***For security and safety, please do not inform patient of possible follow-up appointments***

**UM DETERMINATION:** ☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information.

**Date resubmitted:** ___/___/___

Returned 6-16-04

**Regional Medical Director Signature, printed name and date required:** _____ ___/___/___

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | UR Auth #: |
|---|---|---|

UM Referral review form 2-05-2004