IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIE R. STRICKLAND, #226537, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:05-CV-931-MEF |
| | ) | |
| PRISON HEALTH SERVICES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

In his amendment to the complaint, the plaintiff names Nettie Burks, a registered nurse at the Ventress Correctional Facility, as a defendant in this cause of action. The docket indicates that an employee at the aforementioned facility accepted service for Ms. Burks on October 18, 2005. *See Court Doc. No. 11* at 1 - *Return Receipt Card Addressed to Nettie Burks*. Defendant Burks has failed to file a special report in compliance with the order entered on October 17, 2005. Accordingly, it is

ORDERED that on or before January 25, 2006 Nettie Burks shall file a special report in compliance with the order entered on October 17, 2005.

DONE this 11th day of January, 2006.

                                                           **/s/ Delores R. Boyd**
                                                           DELORES R. BOYD
                                                           UNITED STATES MAGISTRATE JUDGE