IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE R. STRICKLAND, #226537, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  2:05-CV-931-MEF |
| | ) |
| PRISON HEALTH SERVICES, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon consideration of the motion to strike filed by defendants Rayapati, Morris and Floyd on January 11, 2006 (Court Doc. No. 24), and for good cause, it is

ORDERED that this motion be and is hereby DENIED at this time. The medical defendants are advised that they may re-submit a motion to strike the challenged exhibits in which they present a legal argument and relevant facts in support of their conclusory assertion that such exhibits are inadmissible under the Federal Rules of Evidence.

Done this 12th day of January, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE