IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORHTERN DIVISION

| | | |
|---|---|---|
| WILLIE R. STRICKLAND (AIS #226537), | * | |
| Plaintiff, | * | |
| v. | * | CV- 2:05-cv-931 |
| | * | |
| SAMUEL RAYAPATI, ET AL., | * | |
| Defendants. | * | |
| | * | |

## SPECIAL REPORT OF NETTIE BURKS, R.N., H.S.A.

COMES NOW defendant Nettie Burks, R.N., H.S.A. (named in plaintiff's Amended Complaint as "Nettie Burks HAS") in response to this Honorable Court's Order of January 11, 2006 and presents as follows with regard to her Special Report in this matter:

1. This defendant hereby incorporates fully the Special Report including all defenses and factual determinations made therein and submitted before this Honorable Court by defendants Prison Health Services, Inc. (incorrectly named in Plaintiff's Complaint as "Prison Health Service inc."), Samuel Rayapati, M.D., Ruth Morris, R.N. (named in plaintiff's Complaint as "Nurse Morris") and Linda Floyd, C.R.N.P. (incorrectly named in plaintiff's Complaint as "Dr. Floyd, PRN") on November 21, 2005 pursuant to this Court's October 17, 2005 Order.

Respectfully submitted,

s/L. Peyton Chapman, III

        Alabama State Bar Number CHA060
s/R. Brett Garrett
Alabama State Bar Number GAR085
Attorneys for defendants PHS,
Samuel Rayapati, M.D., Ruth Morris,
R.N., Linda Floyd, C.R.N.P. and
Nettie Burks, R.N., H,S,A,

RUSHTON, STAKELY, OHNSTON
& GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270

Telephone: (334) 834-8480
Fax: (334) 262-6277
E-mail: bg@rsjg.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the foregoing by placing a copy of same in the U.S. Mail, properly addressed and postage prepaid upon:

Willie Strickland (AIS# 226537)
Ventress Correctional Facility
P.O. Box 767
Clayton, AL 36016

on this the 12th day of January, 2006.

        s/R. Brett Garrett
Alabama State Bar Number GAR085