IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

WILLIE SRRICKLAND, 226537
PLAINTIFF

V.                                                    CASE NO: CV-2:05-CV-931-WKW

SAMUEL RAYAPATI,

DEFENDANTS.

## MOTION FOR ENLARGEMENT OF TIME
## TO ANSWER DEFENDANTS REPORT

Comes now, the plaintiff, Willie Strickland in response to courts order for Plaintiff to answer in response to Defendants written reports. The Plaintiff would like to request an extension of time on this order due to the length and complexity of defendants reports. Also the Plaintiff has been quaruntined for chicken pox and has limited access to the Law Library and typewriters. The Plaintiff requests an extension of 40 days to gather necessary information and file a response.

Respectfully submitted,

Willie Strickland, 226537

*Willie Strickland Plaintiff*

PLAINTIFF,WILLIE STRICKLAND
226537,Ventress Corretional Facility
P.O. Box 767
Clayton Alabama,36016

## CERTIFICATE OF SERVICE

I hereby certify that this 30th day of January,2006 served a copy of the foregoing on the defendants by placing same in the United States mail,postage prepaid and addressed as follows.

Defendants, Samuel Rayapati, Nettie Burks, Prison Health Services Inc.
Rushton, stakely, ohnston & Garrett, P.A.
P.O. Box 270
Montgomery, AL.36101-0270

Defendant, Warden Giles
Office of the Attourney General
General Civil Litigation
Montgomery Alabama 36130