IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE R. STRICKLAND, #226537, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   2:05-CV-931-MEF |
| | ) |
| PRISON HEALTH SERVICES, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the plaintiff on January 31, 2006 (Court Doc. No. 30), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the plaintiff be GRANTED an extension from February 2, 2006 to and including March 13, 2006 to file a response to the defendants' written reports.

Done this 31st day of January, 2006.


/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE