STATE OF ALABAMA
Department of Corrections
Inmate Stationery

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Willie Strickland (AIS 226537)    *
    Plaintiff                     *
                                  *
         v.                       *   CV-2:05-CV-00931-WKW
                                  *
Samuel Rayapati ET.AL             *
    Defendants                    *

### Notification of Change of Address

Plaintiff has been laterally transferred to Easterling correctional due to the continuity of this suit. Plaintiffs New address is as follows:

Willie Strickland 226537 10-A 107
EASTERLING Correctional Facility
200 Wallace Drive
Clio Al. 36017

**STATE OF ALABAMA**
Department of Corrections
*Inmate Stationery*

Willie Strickland 226537 10-A 107
E.C.F
200 Wallace Drive
Clio Al. 36017

Certificate of Service

I hereby certify I have this day served a copy of the foregoing by placing a copy of the same in the US mail, properly addressed and postage prepaid upon:

Office of the clerk
United States District Court
P.O. Box 711
Mont. Al. 36101-0711