RECEIVED

FEB 27 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

In the District Court of the United
States, for the Middle District of
Alabama, Northern division.

Willie Strickland (226537)        *
Plaintiff                         *

VS.                               * Case #2:05-CV-00931-WKW

Samuel Rayapati Et AL.            *
Defendant                         *

### Affadavit of Willie Strickland

My name is Willie Strickland.  I am an inmate currently
incarcerated at Easterling Correctional Faciluty.  I was
transfered here on Febuary 8th, of 2006, due to my continuing
suit at Ventress.  I have exhausted normal means of trying
to have surgery done.  All defendants have had knowledge of my
condition since before June 5, 2004 when Mr. Giles was notified
through certified mail from my family of my problem. (See Ex.
A) On June 14, 2004 Mr. Samuel Rayapati filed a utilization
management referal review form to his employer at Prison health
Services Inc. (See Ex. B), this plainly shows where Dr. Rayapti
acting as faciluty medical director requested an office visit
with a specialist to determine whether surgery was needed.
This was denied on June 16, 2004.

Samuel Rayapati filed another utilization management
refferal review form on Febuary 25, 2005 requesting for the
plantiff to have a consult for surgery with a specfic doctor.

The reffered doctors name is Dr. Wyhte.  (See Ex. B-2)  The
plantiff never saw Dr. Wyhte.  The medical director for
Ventress Correctional Faculity, Dr. Rayapati, has said
through these forms that the plantiff should be evaluated
at the very least.  This never happened.  As ofnow the
Plaintiff has knots forming on His inner thigh and is in
extreme pain, simply because of Prison Health Services Inc.
decided without having ever seeing the plaintiff or having
specialist qualified to evaluate his condition, that He
needed no care.  Left untreated a herina can cause cancer,
gout, gangreen and death if ruptured.


_____
Notary




_____ 2-21-06
Plaintiff
Willie Strickland (226537)

Willie Strickland
226537
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing by placing a copy of same in the U.S. Mail, properly addressed and postage prepaid upon:

Office of the Clerk
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711