3

In the District Court of the United
States, for the Middle District of
Alabama, Northern Division

RECEIVED

2006 FEB 27 A 9: 43

Willie Strickland (226537)     *
Plaintiff                      *

Vs.                            * Case # 2:05-CV-00931-WKW
                               *
                               *
Samuel Rayapati ET AL          *
Defendant                      *

Affadavit of a day in the life of Willie Strickland

Since first learning of my situation, My daily routine has suffered. Over the past two years the pain has gotten alot worse. In the motion of just doing simple activities I suffer severe pain. I have trouble walking the distance to the chow hall here at Easterling Correctional Faculity. The layout of this camp is very difficult on someone in my condition. I go through each day hoping and praying to find some resolve to my current medical dilema. All I am asking for is a surgical consult based on Doctor Rayapati orginal dignosis. Since I am unable to seek my own medical solution. I ask only what is fair of Prison Health Services Inc..

I look forward to getting this situation resolved in a timely manner, since I am currently almost bedridden now from the serious pain that I am in.

_____          _____
Willie Strickland                         Notary