In the District Court of the United States, for the Middle District of Alabama, Northern Division

Willie Strickland            *
Plaintiff                    *
                             * Case #2:05-CV-00931-WKW
Vs.                          *
                             *
                             *
Samuel Rayapati ET AL        *
Defendant                    *

Summary of claim for damages:

I Willie Strickland at this said time do bring a claim aganist Samuel Rayapati, and Prison Health Services Inc.. I am bringing three seperate sub claims to be heard before said court.

A. I Willie Strickland am entitled to s surgucical consult.

B. I Willie Strickland am asking for $75,000 cash settlemnt for pain and suffering.

C. I Willie Strickland would like to have my said herina surgery, to bring to an end the daily pain and suffering.

_____ 2-21-06
Willie Strickland

_____
Notary Public