EXHIBIT A

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

Warden Giles

I am writing this letter because I am concerned about the medical condition of my son, Willie Strickland 226532. He has a hernia and has been hurting for approx. 2 months. He has been to the Doctor 3 times. All the Doctor has done is to give him a Truss which is not helping. He has been to HCU 6 times. A hernia does not go away by itself. He is in pain and we want to know what steps we need to take to get him the proper medical treatment he needs which will more than likely be surgery. I have tried numerous times to reach you by phone regarding this matter but for one reason or another haven't been able to talk to you. This is a serious matter that needs your immediate attention. You can contact me at 334-749-9393 or 4165 Co. Rd. 299 Cusseta, AL. 36852. I would appreciate a quick response from you regarding this matter.

Sincerely, Brenda Strickland