# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or Print
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

PHS

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First,) | Date: (mm/dd/yy) |
|---|---|---|
| VENTRESS-0845 | Strickland, Willie | 06/14/04 |

| Site Phone # | Alias: (Last, First,) | Date of Birth: (mm/dd/yy) |
|---|---|---|
| 334-7758178 | | [redacted] |

| Site Fax # | Inmate # | PHS Custody Date: (mm/dd/yy) |
|---|---|---|
| 334-775-8178 | 226537 | 01/21/03 |

| Will there be a charge? | Sex | SS Number | Potential Release Date: (mm/dd/yy) |
|---|---|---|---|
| ☐ Yes ☐ No | ☐ Male ☐ Female | [redacted] | 2/28/09 |

Responsible party: ☐ PHS  ☐ Auto Ins.  ☐ Health Ins. (Excludes Medicare/Medicaid Managed Care alternative plans)  ☐ Other, be specific (Excludes Medicare and Medicaid): _____

## CLINICAL DATA

Requesting Provider: ☒ Physician  ☐ NP, PA  ☐ Dental

Dr. Samuel Ray apati.

Facility Medical Director Signature and Date:
Samuel Ray apati. M.D.

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☒ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)

☐ Routine  ☐ Urgent

Estimated Date of Service (mm/dd/yy): __/__/__
(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments:  ☐ Radiation therapy  ☐ Chemotherapy
Number of Visits/Treatments: ____  ☐ Other: ____

Specialist referred to: Surgery

Type of Consultation, Treatment, Procedure or Surgery:
Eval for Surgery of a Small RIH - Benign and reducible.

History of illness/injury/symptoms with Date of Onset:
a month ago a small RIH - easily reducible, only visible on long standing and easily reduced on supine position diagnosed

Results of a complaint directed physical examination:
Small RIH - easily reducible Non-Tender - with no significant Constant dilatation of Right inguinal ring - No other Complications

Previous treatment and response (including medications):
Will soon a Truss will be supplied. But IM states he will be more comfortable with Surgery. IM has BBB - and lay in profile

***For security and safety, please do not inform patient of possible follow-up appointments***

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

UM DETERMINATION:  ☐ Offsite Service Recommended and Authorized
☐ Alternative Treatment Plan (explain here)
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested Information.

Date resubmitted: __/__/__

Returned Denied 6-16-04

Regional Medical Director Signature, printed name and date required:

__/__/__ (mm/dd/yy)

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | UR Auth #: |
|---|---|---|

UM Referral review form 2-05-2004

scanned 6-16-04