# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

PHS

Form must be Complete and Legible. You must Type or Print
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

## DEMOGRAPHICS

**Site Name & Number:** VENTRESS-0845
**Site Phone #:** 334-775-8178
**Site Fax #:** 334-775-8178

**Patient Name: (Last, First)** Strickland, Willie
**Alias: (Last, First)**
**Inmate #:** 226537
**SS Number:**

**Date: (mm/dd/yy)** 2/25/05
**Date of Birth: (mm/dd/yy)** [redacted]
**PHS Custody Date: (mm/dd/yy)**
**Potential Release Date: (mm/dd/yy)**

**Will there be a charge?** ☐ Yes ☐ No
**Sex:** ☑ Male ☐ Female

**Responsible party:** ☐ PHS ☐ Auto Ins. ☐ Health Ins. ☐ Other

## CLINICAL DATA

**Requesting Provider:** ☑ Physician ☐ NP, PA ☐ Dental
Dr. Rayapati

**Facility Medical Director Signature and Date:**
Samuel Rayapati MD

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☑ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)

☑ Routine  ☐ Urgent

**Estimated Date of Service (mm/dd/yy):** __/__/__
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:** ☐ Radiation therapy ☐ Chemotherapy ☐ Other
**Number of Visits/Treatments:** ___

**Specialist referred to:**
**Type of Consultation, Treatment, Procedure or Surgery:**
Dr. Whyte

**History of illness/injury/symptoms with Date of Onset:**
Small RIH - with no significant sac. easily reducible

**Results of a complaint directed physical examination:**
F/U - Examination. Reveals no significant changes from the past

**Previous treatment and response (including medications):**
Now prescribed - Truss

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:
☐ Offsite Service Recommended and Authorized
☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information.
**Date resubmitted:** __/__/__

**Regional Medical Director Signature, printed name and date required:**

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

**Cert Type:** | **Med Class:** | **UR Auth #:**

UM Referral review form 2-05-2004

Fax 2-28-05