In the District Court of the United States
In the Middle District of Alabama
Northern Division

2006 JUL 19 A 9:37

Willie Strickland (226537)    *
    Plaintiff                              *
        vs.                                   * # 2:05-CV-00931-WKW
Samuel Rayapati Et Al.        *
    Defendants                         *

## Motion of inquiry

Comes the Plaintiff Willie Strickland to inquire about the progress of the stated case above. As the plaintiff has no other means to do this he's writing your honorable court with the hope of checking the progress and praying for resolve due to his health.

                                        Plaintiff
                                        Willie Strickland
                                        Willie Strickland / Pro Se

## Certificate of Service

I hereby certify that I have this day served a copy of the foregoing by placing a copy of the same in the U.S. mail, properly addressed and postage prepaid upon:

Ruston, Stakely, Ohnston, and Garrett, P.A.
P.O. Box 270
Montgomery Al. 36101-0270

and

Troy King
Office of the Attourney General
General Civil litigation
11 South Union Street
Montgomery Al. 36130

Willie Strickland
Willu R. Stickla
Plaintiff