IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIE R. STRICKLAND, #226537, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-931-F |
| | ) | |
| PRISON HEALTH SERVICES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Upon review of the motion of inquiry filed by the plaintiff on July 19, 2006 (Court Doc. No. 34), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. The plaintiff is advised that this case remains pending before the court on his complaint, the written reports and supporting evidentiary materials filed by the defendants, and his response in opposition to the defendants' reports. The plaintiff is further advised that *no additional pleadings are necessary for disposition of the issues presented in the complaint* and he will be advised of any action taken by the court in this case. The complaint has merely been pending since September 29, 2005 and the requisite pleadings filed only as of February 27, 2006. Additionally, the court's caseload of actions pending under 42 U.S.C. § 1983 makes it extremely difficult to expedite resolution of the instant complaint, particularly since the court has adopted a policy of disposing of cases on the basis of length of pendency. The court

assures the parties that a determination of the issues presented in this case will be undertaken in due course.

    Done this 20th day of July, 2006.

                                                     **/s/ Delores R. Boyd**
                                                     DELORES R. BOYD
                                                     UNITED STATES MAGISTRATE JUDGE