# United States District Court
# For the Middle District of Alabama
# Northern Division

Willie R. Strickland,  *
Plaintiff, Pro Se       *
                        *
                        *
vs.                     * Case # 2:05-CV-931
                        *
Samuel Raxapati, et. al., *
Defendants

## Motion to Waive Remaining Filing Fees

Comes now the Plaintiff, Willie R. Strickland, pro se, asking this Court to waive the remaining balance of $82.— on the filing fees. The fee was lowered from $250.— to $150.—. Petitioner paid $68.00, leaving $82.— unpaid.

Wherefore, premises considered, Plaintiff prays this Court for relief in this Motion.

## Certificate of Service

I hereby certify that true and correct copies of the foregoing Motion to Waive Remaining Filing Fees have been sent via U.S. Postal Service to the following:

Troy King,
Attorney General

Samuel Ravapati, et.al.,
Defendants

and: Office of the Clerk
U.S. District Court
Post Office Box 711
Montgomery, Al. 36101-0711

Done this 28th day of September, 2006.

_Willie R. Strickland_
Willie R. Strickland,
Plaintiff, Pro Se