IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE R. STRICKLAND, #226537, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-931-F |
| ) | |
| PRISON HEALTH SERVICES, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Upon consideration of the motion to waive remaining balance of filing fee filed by the plaintiff on September 29, 2006 (Court Doc. No. 36), and as payment of the full filing fee is mandated by 28 U.S.C. § 1915(b)(1), it is

ORDERED that this motion be and is hereby DENIED.

Done this 2nd day of October, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE