In the District Court of the United States
For the middle district of Alabama
Northern Division

RECEIVED
2007 SEP 27 A 9:40
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Willie Strickland Pro se,
   Plaintiff

v.

Samuel Rayapati et al.,
   Defendants

x Case # 2:05-cv-931
x
x
x

## Notice of Change of Address

Plaintiff Willie Strickland is notifying all defendants of his change of Address which is now as follows

Willie Strickland
4165 Co. Rd. 299
Cusseta AL. 36852
334-749-9393

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing by placing a copy of the same in the U.S. mail, properly addressed and postage prepaid upon:

Rushton, Stakely, Ohnston & Garrett, P.A.
Post Office Box 270
Montgomery, AL. 36101-0270

and

Troy King
Office of the Attorney General
General Civil Litigation
11 South Union Street
Montgomery, AL. 36130

_____
Willie R. Strickland

4

Willie Strickland
11165 U Rd 299
Cusseta AL 36852

MONTGOMERY AL 361
26 SEP 2007 PM 3 T

36101+0711

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery AL 36101-0711

