IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE R. STRICKLAND, AIS # 226537 )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PRISON HEALTH SERVICES, *et al.*, )<br>)<br>Defendants. ) | CASE NO. 2:05-CV-931-WKW<br>(WO) |

## **ORDER**

On March 3, 2008, the Magistrate Judge filed a Recommendation (Doc. # 39) in this case to which no timely objections have been filed. After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the Court that:

1. The Recommendation (Doc. # 39) of the Magistrate Judge is ADOPTED.

2. Defendants' Motions for Summary Judgment (Doc. # 15, 22, 27) are GRANTED.

3. This case is DISMISSED with prejudice.

4. Costs are taxed against the plaintiff.

An appropriate judgment will be entered

DONE this 21st day of March, 2008.

                                           /s/  W.  Keith Watkins
                                       UNITED STATES DISTRICT JUDGE